IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, )<br>        Plaintiff )<br>        v. )<br>         )<br>WILLIAM WOLFE, et. al., )<br>        Defendants. ) | C.A. No. 04-230 Erie<br>District Judge Cohill<br>Magistrate Judge Baxter |

### ORDER

On January 25, 2005, Plaintiff filed a "motion for emergency transcripts" [Document # 43] seeking an order directing that he be provided transcripts of the hearing that was held before this Court on December 17, 2004.  However, Plaintiff is not entitled to receive copies of transcripts free of charge, as all civil complainants are required to pay for all costs of a lawsuit, including transcripts.  As a result, Plaintiff's motion is moot.

AND NOW, this 7th day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion for emergency transcripts [Document # 43] is dismissed as moot.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                      S/Susan Paradise Baxter\
                                                      SUSAN PARADISE BAXTER\
                                                      CHIEF U.S. MAGISTRATE JUDGE

cc:    All parties of record