IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, ) | |
|       Plaintiff ) | |
|       v. ) | C.A. No. 04-230 Erie |
| ) | District Judge Cohill |
| WILLIAM WOLFE, et. al., ) | Magistrate Judge Baxter |
|       Defendants. ) | |

### ORDER

Plaintiff has filed a motion for judgment by default [Document # 95] seeking judgment against Defendants for their alleged failure to file a response to Plaintiff's amended complaint on or by June 20, 2005. However, a review of the docket in this case reveals that Defendants did, in fact, file a motion to dismiss the amended complaint on June 20, 2005. As a result, Plaintiff's motion has been rendered moot.

AND NOW, this 7th day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion for judgment by default [Document # 95] is dismissed as moot.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter<br>
SUSAN PARADISE BAXTER<br>
CHIEF U.S. MAGISTRATE JUDGE

cc:   All parties of record