CA 04-230 E

U.S. District Courthouse
Clerk's office
P.O. Box 1820
Erie, PA. 16507

August 1, 2005

Dear Clerk;

Please be advised that I have a new address. Would you please send all correspondence to the following address:

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

Thank you for your attention to this matter.

Very truly yours,

Anthony DeFranco