| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer)
   Mr. Campopiano (Unit Manager)

2. Date: 4/27/05

3. By: (Print Inmate Name and Number)
   Anthony DeFranco CZ-3518
   _Anthony DeFranco_
   Inmate Signature

4. Counselor's Name
   Mr. Zimmerman

5. Unit Manager's Name
   Mr. Campopiano

6. Work Assignment

7. Housing Assignment
   C/A 16

8. Subject: State your request completely but briefly. Give details.

Mr. Campopiano,
   thank you for taking the time to stop at my cell this afternoon to let me know that the institutional staff have approved me for the z-code. Would you be able to tell me the reason or reason's for the approval? and

   I deeply appreciate your time.

9. Response: (This Section for Staff Response Only)

Primary reason was your continued need for Mental Health treatment and counselling

To DC-14 CAR only ☐          To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _F. CAMPOPIANO_ (Print) _F. Campopiano_ U.M. (Sign)   Date 4/28/05

Revised July 2000

EX. "A"