Dear Clerk;                                                                  7/9/05

Enclosed please find my Letter Brief.

Would you please explain the new rule about stapling briefs + motions? Because of being in jail, inmates are not allowed to have rubberbands, paper clips, etc. The only way to secure a brief or motion is by stapling it. Is that ok?

And the Rule says we should only send you 1 copy of any filing — is that accurate?

Thank-you for your time in explaining this.

**RECEIVED**

**JUL 1 4 2005**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Very Truly Yours,

[signature] Anthony DiFiore

We only need the original of any document you are filing with this court
— Clerk

EX. "A" (w/ attachment)

Anthony DeFranco CZ-3518
SCI-Smithfield
P.O. Box 999, 1120 Pike St.
Huntingdon, Pa. 16652

Judge Susan Paradise Baxter
17 S. Park Row, Rm.A280
Erie, Pa. 16501

July 10, 2005

Re: DeFranco v. Wolfe, No. 04-230E   LETTER BRIEF

Dear Judge Baxter:

I have just received Judge Cohill's Order, dated June 28, 2005, adopting your Report and Recommendation. In Judge Cohill's Order, he states that you sent me a copy of this Report on April 26, 2005, by Registered or Certified mail. I have never received this Report (DOC.#74). Your Honor, I have been having trouble with mail by the DOC; I have not received some mail from family and almost all of my mail is 8 and 9 days late getting to me. In Judge Cohill's Order, he states that you had your Report sent to me by Registered or Certified mail. Would you please have one of your staff check to confirm that this was sent to me and if so, who signed for it as I certainly did not. This just goes to show that the defendant's and their agents act under-handedly, with-holding mail, not responding to grievances, etc. This is very upsetting to me because it bars any possible appeal; and now I don't know what else may be being with-held from me. Thank you for taking the time to check into this.

I am sending a copy of this to attorney Bareford. In closing, I did file a motion in response to the defendant's motion to dismiss. I am hopeful that the Court received that? Thank you for your time.

Respectfully submitted,

Anthony DeFranco

CC: Attorney Bareford

SIGNED UNDER PENALTY OF PERJURY.