IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO,<br>Plaintiff,<br><br>v.<br><br>WILLIAM WOLFE, et al.,<br>Defendants. | )<br>) No. CA-04-230-ERIE<br>) Magistrate Judge Baxter<br>) District Judge Cohill<br>)<br>) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and copy of the amended complaint was served upon the following, by US First Class Mail, this date:

(2nd Amended complaint)

P.A. C. Hoffman

At: Prison Health Services
105 Westpark Dr., Suite 200
Brentwood, TN  37027

Doctor Franz Bauer
MHM Correctional Services
Anchor Place
645 North 12th Street
Lemoyne, Pa. 17043

Date: 8/27/05

_____
Anthony DeFranco