# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Anthony DeFranco )
_____ )
         Plaintiff )
)
   vs. ) No. 04-230 Erie
)
William Wolfe, et al. )
_____ )
         Defendant )

HEARING ON    September 2, 2005

Before Magistrate Judge    Susan Paradise Baxter

Anthony DeFranco                 Christian Bareford, Esq.

   Appear for Plaintiff                 Appear for Defendant

Hearing begun   11:30 am         Hearing adjourned to _____

Hearing concluded C.A.V.   12:20 pm     Stenographer   Ron Beach
                                        CD: _____ Index: _____

**WITNESSES:**

For Plaintiff                       For Defendant

Petition for Temporary Restraining Order (Document #107) denied by R+R ~~[struck out]~~ to be issued separately