IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DEFRANCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 04-230 ERIE |
| | ) |
| WILLIAM WOLFE, et al, | ) |
| | ) |
| Defendants. | ) |

ORDER

     AND NOW, this 8th day of September, 2005, a Motion to Amend/Correct Complaint (Doc. #114) having been filed by Plaintiff,

     IT IS HEREBY ORDERED that Defendants shall have until September 28, 2005 to file a response thereto.


                                              S/Susan Paradise Baxter
                                              Susan Paradise Baxter
                                              Chief U.S. Magistrate Judge

cm:  All parties of record