```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 00500535 - AM
       September 21, 2005


   Code   Case #   Qty    Amount

   1ST CIVI 04-230 E              14.18 CH


   TOTAL→                         14.18



   FROM: SCI ALBION/ ANTHONY DEFRANCO
         INMATE GENERAL WELFARE FUND
         10745 ROUTE 18
         ALBION, PA 16475-0001
```

CA 04-230 E
Part. Pay