IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DEFRANCO, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 04-230E |
| V. | ) | |
| | ) | Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM | ) | Mag. Judge Susan Paradise Baxter |
| WOLFE; STEVE REILLY; DENESE | ) | |
| BUNNER; MANAGER ROD | ) | |
| SHOWERS; CASE MGR – GECAC | ) | |
| JUDY JACKSON; DR. JOHN DOE; | ) | |
| JANE DOE; JEFFREY BEARD; | ) | |
| ASSIST. SUPER. WILLIAM BARR; | ) | |
| MARILAND BROOKS, | ) | **Electronically Filed** |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Response to Plaintiff's Motion to Amend / Correct Complaint** was served upon the following via first-class mail:

ANTHONY DEFRANCO
CZ-3518
SCI Albion
10745 Route 18
Albion, PA 16475-0001

    /s/ Christian Bareford
Christian D. Bareford
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  September 28, 2005