IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DEFRANCO, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 04-230E |
| V. | ) | |
| | ) | Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM | ) | Mag. Judge Susan Paradise Baxter |
| WOLFE; STEVE REILLY; DENESE | ) | |
| BUNNER; MANAGER ROD | ) | |
| SHOWERS; CASE MGR – GECAC | ) | |
| JUDY JACKSON; DR. JOHN DOE; | ) | |
| JANE DOE; JEFFREY BEARD; | ) | |
| ASSIST. SUPER. WILLIAM BARR; | ) | |
| MARILAND BROOKS, | ) | **Electronically Filed** |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing **Response to Plaintiff's Motion to Amend / Correct Complaint** it is hereby **ORDERED** that this motion is **GRANTED**, and that Plaintiff's [Docket #114] Motion to Amend / Correct Complaint is, therefore, **DENIED.**

BY THE COURT;

_____
J.