CA 04-230 E

Partial pay

Receipt # 06-002

```
        UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

        # 06000002 - SP
         October 3, 2005

  Code    Case #    Qty    Amount

  1ST CIV  04-230E          5.45

  TOTAL →                   5.45


  FROM: ANTHONY DEFRANCO
```