# DECLARATION

I, **Dr. Angela Lindemuth**, make the following declaration in regards to Anthony DeFranco:

1. As stated in my Report's dated September 23, 2002 and August 20, 2004, it is my professional opinion that Anthony DeFranco not be double celled due to his history of violence and impulsivity, which represents a serious risk to any potential cellmate.

2. He internalizes and suppresses his anger of dealing with cellmates which causes him to take increased doses of nitroglycerin; this causes irreparable harm to his pre-existing heart condition.

3. It is my opinion that Anthony DeFranco be housed in a single cell for his safety and the safety of any cellmate.

Signed pusuant to 28 U.S.C. §1746.

Date: 10/2/05

Angela Lindemuth, R.Ph., D.O.