IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, | : |
| Plaintiff, | : Case No.:C.A.-04-230-ERIE |
| vs. | : MAGISTRATE JUDGE BAXTER |
| WILLIAM WOLFE, et al., | : DISTIRCT JUDGE COHILL |
| Defendants. | : |

## MOTION TO DENY DEFENDANTS RESPONSE

Plaintiff moves this Honorable Court to deny the Defendants the opportunity to respond to Plaintiff's motion to amend and supplement the complaint a second time, and in support avers:

1). There is a motion to dismiss pending before this Court.

2). This Court gave the Defendants until on or **before** September 28, 2005 to file a response to Plaintiffs motion to amend (Doc. #115).

3). Today is October 3, 2005 and the Defendants have failed to file the response and it is asked that they now be precluded from filing. They have not filed as Ordered by this Court.

WHEREFORE, Plaintiff asks that this Court deny the Defendants from filing a response due to their non-compliance with the Court Order.

Respectfully submitted,

Anthony DeFranco CZ3518
10745 Route 18
Albion, Pa. 16475-0002

Date: October 3, 2005

CERTIFICATE OF SERVICE
Service of the foregoing was made
by US First Class Mail this date to
the Attorney General, 564 Forbes Ave.,Pgh., Pa. 15219.

Motion to Deny - 1