CA 04-230 E

appeal fee
part pay
receipt # 06-93

```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

     # 06000093  -  DM
     November 17, 2005


   Code    Case #    Qty    Amount

   1ST CIVI 04-44 Erie         3.02 CH
   APPEAL D 05-1789 ca 04-230E  10.42 CH
   1ST CIVI 03-363             6.07 CH
   1ST CIVI 05-112             3.03 CH
   1ST CIVI 04-365            13.04 CH


   TOTAL →                   35.58



   FROM: SCI ALBION - LEONARD JEFFERSON
                     ANTHONY DEFRANCO
                     BENNIE BARNES
                     MICHAEL MILEY
```