CA 04-230 E
appeal part pay
Receipt # 06-138

```
       UNITED STATES
       DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

     R 06000138 - DH  dm
     December 14, 2005


   Code    Case #    Qty    Amount

   2ND CIVI 04-44 E          2.36 CH
   APPEAL 2 04-230 E        12.30 CH
   1ST CIVI 02-279 E        10.40 CH
   1ST CIVI 05-112           1.70 CH
   2ND CIVI 04-365           2.75 CH
   1ST CIVI 03-363           5.30 CH


   TOTAL→                   34.91


  FROM: JOT ALBION-LEONARD JEFFERSON
        ANTHONY DEFRANCO, ABUBATA
        HADO, BENNIE BARNES, MICHEL
        MILEY
```