CA 04-230 E
part pay (appeal)
receipt # 06-183

```
         UNITED STATES
         DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

       # 06000183  - DM  dw
       January 25, 2006


   Code    Case #    Qty     Amount

   2ND CIVI  04-44 E           2.88 CH
   APPEAL D  04-230 E          10.08 CH
   1ST CIVI  03-363 E           6.07 CH
   1ST CIVI  05-112 E           3.04 CH
   2ND CIVI  04-365 E          13.34 CH


   TOTAL→                     35.41


   FROM: SCI ALBION FOR
         LEONARD JEFFERSON, ANTHONY
         DEFRANCO, BENNIE BARNES,
         MICHAEL MILEY
```