IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DEFRANCO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-230 |
| | ) | Erie |
| WILLIAM WOLFE, STEVE REILLY, | ) | District Judge Cohill |
| DENNIS BUNNER, ROD SHOWERS, | ) | Magistrate Judge Baxter |
| JUDY JACKSON, ET AL | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the defendants' Motion to Extend Time to File a Response to Plaintiff's Second and Supplemental Amended Complaint, it is hereby ORDERED that said Motion is Granted. Moving defendants' response to the Second and Supplemental Amended Complaint shall be due on or before February 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE