IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO,<br>Plaintiff,<br><br>v.<br><br>WILLIAM WOLFE, et al.,<br>Defendants. | ) <br>) No. CA-04-230-ERIE<br>) Magistrate Judge Baxter<br>) District Judge Cohill<br>)<br>) |

### MOTION FOR PRODUCTION OF COURT ORDER

Plaintiff, Anthony DeFranco, respectfully asks this Honorable Court to furnish him with a copy of it's Order purportedly dated January 17, 2006 (Doc.#139).

1. Plaintiff has received this date the motion filed by the Defendants' for extended time (Doc.#143). This document alleges that the Court has filed Plaintiff's second Amended Comlaint (Doc.#139).

2. Plaintiff has not received the Court's Order nor the entry of appearance by Asst. Attorney General Friedline; and what her status in this case is.

WHEREFORE, Plaintiff asks the Court to grant the relief requested.

Respectfully submitted,

Date: 2/2/06

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

CERTIFICATE OF SERVICE
Service was made by US First
Class Mail to the Attorney
General's Office, 564 Forbes Ave.,
Pittsburgh, Pa. 15219, this date.

'06 FEB -6 10:55