CA 04-230 E
part pay (appeal)
receipt # 06-212

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE DIVISION

     # 06000212 - EF
     February 9, 2006

  Code    Case #      Qty.      Amount

  1ST CIVIL 04-44E              5.41 CH
  APPEAL  2 04-230E            18.58 CH
  1ST CIVIL 03-352E             5.34 CH
  1ST CIVIL 03-313E             2.17 CH
  2ND CIVIL 04-340E            15.00 CH


  TOTAL →                      46.50
```