IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO,           )<br>    Plaintiff   )<br>  v.        )<br>          )<br>WILLIAM WOLFE, et. al.,  )<br>    Defendants.  ) | C.A. No. 04-230 Erie<br>District Judge Cohill<br>Magistrate Judge Baxter |

## ORDER

  Plaintiff has filed a motion for production of court order [Document # 145] requesting that this Court furnish him with a copy of this Court's Order dated January 17, 2006.

  AND NOW, this 14th day of February, 2006;

  IT IS HEREBY ORDERED that Plaintiff's motion for production of court order [Document # 145] is GRANTED. A copy of this Court's Order dated January 17, 2006 [Document # 138] shall be enclosed with this Order and sent to Plaintiff.

  IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                   S/Susan Paradise Baxter
                   SUSAN PARADISE BAXTER
                   CHIEF U.S. MAGISTRATE JUDGE