Name: Anthony DeFranco
Number: CZ-3518
Unit/Side: E/A
10745, Route 18
Albion, PA 16475-0002

RECEIVED
FEB 1 4 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States District Court
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

INMATE MAIL -
PA DEPT OF
CORRECTIONS





02 1A
0004335314   $ 00.39⁰
MAILED FROM ZIP CODE 16401
FEB 13 2006
PITNEY BOWES