IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DEFRANCO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-230 |
| ) | Erie |
| WILLIAM WOLFE, STEVE REILLY, ) | District Judge Cohill |
| DENNIS BUNNER, ROD SHOWERS, ) | Magistrate Judge Baxter |
| JUDY JACKSON, ET AL ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Reconsideration, it is hereby ORDERED that said Motion is Granted. Defendants' response to the the Motion for Reconsideration shall be due on or before February 26, 2006.

_____
Susan Paradise Baxter
United States Magistrate Judge