IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM WOLFE, et al., )<br>)<br>Defendants. ) | Civ. No. 04-0230 Erie |

### ORDER

This matter has been referred to United States Magistrate Judge Susan Paradise Baxter in accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Presently before the Court are two motions concerning Mr. DeFranco's Motion for Reconsideration of the Court's Order denying his Petition for a Temporary Restraining Order, which is motion is presently pending resolution before this Court. Mr. DeFranco has filed a Motion for Sanctions (Doc. 149), and Defendants have filed a Motion for Extension of Time to Respond to Plaintiff's Motion for Reconsideration (Doc. 150).

Defendants are requesting a short extension of time to comply with the Court's order to file a response 10 days after transcripts were filed. See Order of Court dated November 25, 2005 (Doc. 134). Mr. DeFranco is requesting sanctions against Defendants for failing to file a response within 10 days after the transcripts were filed on January 25, 2006.

We find no merit to Mr. DeFranco's motion for sanctions find that in the interest of justice Defendants' motion for extension of time should be granted. Accordingly, the following Order is entered.

AND NOW, to-wit, this 17th day of February, 2006, it is hereby ORDERED ADJUDGED and DECREED that Anthony DeFranco's Motion for Sanctions (Doc. 149) be and hereby is DENIED, and Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Reconsideration (Doc. 150) be and hereby is GRANTED.

Defendants' response to Plaintiff's Motion for Reconsideration is due on or before February 28, 2006. Any Reply by Plaintiff is due on or before March 8, 2006.

/s/ Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   counsel of record (via electronic mail)
      Anthony Defranco, pro se (via regular mail)
      Magistrate Judge Baxter