IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-0230 Erie |
| | ) Magistrate Judge Baxter |
| WILLIAM WOLFE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Anthony DeFranco has filed an appeal of Magistrate Judge's Order granting in part and denying in part Mr. DeFranco's motion to amend and supplement complaint (2nd Time) (Doc. 114).

The magistrate Judge granted the motion to permit Mr. DeFranco to add a claim of retaliatory transfer, but denied his motion to add four new defendants. The Magistrate Judge explained that Plaintiff is free to pursue his new allegations in a separately filed action. We see no error in the Magistrate Judge's Order.

The following Order is therefore entered.

AND NOW, to-wit, this 27th day of Feb., 2006, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Appeal of Magistrate Judge's Order (Doc. 148) be and hereby is DENIED.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Anthony Defranco, pro se
      counsel of record