CA 04-230
part pay
receipt # 05-489

```
     UNITED STATES
     DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

  # 00500489  -  AM
  August 18, 2005


Code    Case #   Qty     Amount

1ST CIVI 04-230 E         2.35 CH


TOTAL→                    2.35


FROM: ANTHONY DEFRANCO
      CZ-3518
      10745 RT. 18
      ALBION, PA 16475-0002
```