*[Handwritten notes on left side:]*
part part
appeal filing fee
#06-262
CA- 04-230
$10.33

```
           UNITED STATES
           DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

           # 06000262 - DM
           March 16, 2006


   Code    Case #      Qty      Amount

  APPEAL D 05-1769 E   CA04-230  10.33 CH
  1ST CIVI 02-279 E              35.00 CH
  1ST CIVI 03-363 E               5.52 CH
  1ST CIVI 05-112 E               2.76 CH
  1ST CIVI 04-365 E               8.81 CH


  TOTAL→                         62.42


  FROM: SCI ALBION:  ANTHONY DEFRANCO
                    ABUBATA HADO
                    BENNIE BARNES (2)
                    MICHAEL MILEY
```