IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, | : |
| Plaintiff, | : No. C.A. 04-230-E |
| | : Magistrate Judge Baxter |
| V. | : District Judge Cohill |
| | : |
| WILLIAM WOLFE, et al., | : |
| Defendants. | : |

FILED

'06 MAR 30 A10:33

CLERK
DISTRICT COURT

## MOTION TO COMPEL

AND NOW, comes plaintiff, respectfully asking this Court to compel the defendants' to turn over the discovery requests made by plaintiff and in support avers as follows:

1. Plaintiff has filed two (2) requests for discovery (production of documents) upon the Attorney General's Office, Mary Friedline, Esq., and a letter asking for the production of said documents.

2. The thirty (30) day time period to comply has passed without a response of any kind from the defendants, despite plaintiff's continued requests.

3. Under Fed.R.Civ.P. Rule 37, a motion to compel the production of these documents is now required of plaintiff to file.

4. Plaintiff submitted his first request for the production of these documents on Febraury 28, 2006. He again submitted the attached request for these same documents approximately 2 weeks later (See Ex. "A").

5. These documents are needed by plaintiff and the defendants have no reason not to produce them.

WHEREFORE, plaintiff asks the Court to issue an Order to compel the production documents listed in the attached exhibit (production of documents).

Respectfully submitted,

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

Date: 3/30/06

Certificate of Service

Service of the foregoing was
made by US First Class Mail,
this date, to the Attorney General's
Office at 564 Forbes Ave., Pgh., Pa. 15219.

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,
    Plaintiff,

V.

WILLIAM WOLFE, et al.,
    Defendants.

: No. C.A. 04-230-E
: Magistrate Judge Baxter
: District Judge Cohill

---

PLAINTIFF'S SECOND REQUEST
FOR PRODUCTION OF DOCUMENTS

To: Senior Deputy Attorney General,
Mary Lynch Friedline, Esq.

   Pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil Produre, plaintiff requests that the defendants' (SCI-Albion) produce the following documents. Please produce the documents at plaintiff's place of confinement at 10745 Route 18, Albion, Pa. 16475-0002. Please note that the term "document" is defined broadly under Rule 34(a)(1).

   1. The names and addresses of all people involved in the March 8, 2005 transfer of plaintiff; the names of the people who had knowledge of the transfer, participated in it and how they participated in it. This is to include the *transfer petitions* in 2005 and 1999.

   2. The production of plaintiff's Z-Code vote sheets and any notes contained therein, from 1999 through 2005.

   3. All medical reports on plaintiff from 1998 through 2006; these include all doctor's notes and all psychiatric reports and notes. This is to include all medications prescribed to plaintiff in these years.

   4. All psychological reports on plaintiff, by psychological staff from the years 1998 through 2006.

   5. Plaintiff requests to be permitted to inspect his inmate file and have copies made of any material he may deem essential to this lawsuit. Plaintiff submits that there is information contained inside that is needed for this lawsuit or may lead to pertinent information.

   6. A copy of the D.O.C. critera for Z-Code status used in the D.O.C. "policy."

1

EX. "A"

   As you are aware, this is my second request for the production of these documents. I realize that the time limit to produce these materials has not yet expired, since I made the first request on February 28, 2006. Because your Office has not responded in any way, I am writing this second request as a reminder.

All of the requested documents are located at SCI-Albion.

Your prompt attention to this is very much appreciated.


March 14, 2006                           Very truly yours,


                                         Anthony DeFranco CZ-3518
                                         10745 Route 18
                                         Albion, Pa. 16475-0002

2