Name: [signature]
Number: CZ-3518
Unit/Side: O/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. District Court
Clerks Office
P.O. Box 1820
Erie, PA 16507



UNITED STATES POSTAGE
$ 00.39⁰
02 1A
0004335314
MAILED FROM ZIP CODE 16401
MAR 29 2006
PITNEY BOWES

RECEIVED

MAR 30 2006

CLERK U.S. DISTRICT COURT
WEST DIST OF PENN

16507+0820-20 B007