IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>SUPERINTENDENT WILLIAM WOLF; )<br>STEVE REILLY; DENESE BRUNNER; )<br>MANAGER ROD SHOWERS; CASE )<br>MANAGER JUDY JACKSON; )<br>DR. JOHN DOE; JANE DOE; )<br>JEFFREY BEARD; ASSIST. SUPER. )<br>WILLIAM BARR; MARILYN )<br>BROOKS, )<br>Defendants. ) | Civil Action No. 04-230-ERIE<br><br>Judge Maurice B. Cohill, Jr.<br>Mag. Judge Susan P. Baxter |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

AND NOW, come the defendants, Superintendent William Wolfe, Steve Reilly, Denese Brunner, Manager Rod Showers, Case Mgr.—GECAC Judy Jackson, Jeffrey Beard, Assist. Super. William Barr, and Marilyn Brooks (incorrectly identified as "Mariland") by their attorneys, Thomas W. Corbett, Jr., Attorney General, Mary Lynch Friedline, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and submit the following Response to Plaintiff's Motion to Compel:

1. DeFranco's Motion to Compel, which was post-dated March 30, 2006 and mailed to the Court on March 29, 2006, should be denied.

2. Defendants' responses to plaintiff's discovery requests are not overdue. DeFranco's discovery requests dated February 28, 2006 were received in this office on March 3, 2006. Accordingly, defendants' responses are due on April 3, 2006, and are expected to be mailed today.

1

2

    3.      In addition, this office received a "Second Request for Documents" dated March 14, 2006. However, that appears to be an exact duplicate of the first request.

    WHEREFORE, defendants submit that plaintiff's Motion to Compel is without merit and should be denied.

                                            Respectfully submitted:

                                            Thomas W. Corbett, Jr.
                                            Attorney General

                          By:    /s/ Mary Lynch Friedline_____
                                            MARY LYNCH FRIEDLINE
                                            Senior Deputy Attorney General
                                            Attorney I.D. No. 47046
                                            Susan J. Forney
                                            Chief Deputy Attorney General
                                            Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219
Date:  March 31, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006, I electronically filed the foregoing *Answer* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

Anthony DeFranco, CZ-3518
SCI-Albion
10745 Route 18
Albion, PA 16475-0001

                                             By:   /s/ Mary Lynch Friedline
                                                         MARY LYNCH FRIEDLINE
                                                          Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219