IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DEFRANCO, )<br>        Plaintiff, )<br> )<br>       v. )<br> )<br>SUPERINTENDENT WOLFE, et al, )<br>        Defendants. ) | Civil Action No. 04-230 Erie |

**ORDER**

AND NOW, this 6th Day of April, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Motion Hearing (Motion to Compel Discovery [Doc. #159]) before the Honorable Susan Paradise Baxter, on Thursday, April 13, 2006, at 11:00 a.m. Mary L. Friedline, Esq., Counsel for Defendants, is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

 s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE

c: all parties of record (lw)