Name _Anthony DeSeano_
Number _CZ-3518_
Unit/Side _D/A_
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**



U.S. District Court
Clerk's Office
P.O. Box 1820
Erie, PA. 16507

RECEIVED
APR - 7 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA