# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Anthony DeFranco )
)
)
Plaintiff )
vs. ) No.    CA 04-230 Erie
Superintendent William Wolfe, et al )
)
)
Defendants )

HEARING ON   April 13, 2006   Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Anthony DeFranco, pro se | ~~Mary Friedline, Esq.~~, Atty Gen. Office
  | Kemal Mericli, Esq.

Appear for Plaintiff | Appear for Defendant

Hearing Begun   11:00 a.m. | Hearing Adjourned to

Hearing concluded C.A.V. | Stenographer Ron Bench
 | CD:    Index:

**WITNESSES**

For Plaintiff | For Defendant

Plaintiff's motion to compel (Document #159) dismissed as moot because discovery responses have been provided.

Plaintiff's motion to compel full discovery (Document #162) will be held in abeyance pending further review of the discovery responses by the Attorney General's office.