Name   Anthony DeFranco

Number   CZ-3518

Unit/Side   D/A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

United States District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507



02 1A
0004435314
MAILED FROM ZIP CODE 16401

UNITED STATES POSTAGE
$ 00.39⁰
PITNEY BOWES
APR 25 2006

## RECEIVED

### APR 2 6 2006

**CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA**