```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 06000324 - SP
         April 27, 2006

   Code    Case #    Qty    Amount

   1ST CIVI CA-04-446         2.73 CH
   1ST CIVI CA-04-230E        9.57 CH      →  $9.57
   1ST CIVI CA-02-279E        3.46 CH
   1ST CIVI CA-03-363E        5.52 CH
   1ST CIVI CA-04-365E        6.27 CH


   TOTAL →                   27.55


   FROM: JEFFERSON, DEFRANCO, HADD,
         BARNES, MILEY
```

CA 04-230 E  
appeal part pay  
receipt # 06000324