```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 06000343 - SP
           May 15, 2006


   Code     Case #    Qty     Amount

   1ST CIVI 04-44E            3.17 CH
   FIRSTAPP 04-230E          10.25 CH
   1ST CIVI 02-279E          40.00 CH
   1ST CIVI 03-363E           6.07 CH
   1ST CIVI 05-112E           3.03 CH
   1ST CIVI 04-365E           6.19 CH


   TOTAL→                    68.71


   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, HAQQ, BARNES, WILEY
```

*Handwritten annotation:*
CA 04-230 E
appeal part pay
receipt # 06000343
$10.25