IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED

ANTHONY DeFRANCO
    plaintiff,

'06 MAY 16 A10:45

:No. CA-04-230-E
:Magistrate Judge Baxter
:District Judge Cohill

v.

CLERK
U.S. DISTRICT COURT

WILLIAM WOLFE, et al.,
Defendants.

## MOTION TO COMPEL DISCOVERY

    NOW comes plaintiff, respectfully requesting this Honorable Court to issue an Order to compel discovery and impose sanctions. In support avers:

    1. There is currently a motion to compel discovery pending before the Court (Doc.#162). This has been held in abeyance since April 13, 2006.

    2. Since that time the only documents the defendants' turned over were the un-redacted z-code vote sheets. And some interrogatories. They have failed to turn over the z-code "policy" itself and are now late in producing plaintiff's second request for production of documents.

    3. Based upon plaintiff's continued need to file with the Court, he is asking that sanctions be imposed and plaintiff be compensated accordingly.

    WHEREFORE, plaintiff prays this Honorable Court grant the relief requested herein.

1

Date: 5/14/06

Respectfully submitted,

*[signature]*

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

Service was made to defendants
by US mail this date.

Name Anthony DiNicola
Number CZ-5518
Unit/Side D/a
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

UNITED STATES POSTAGE
$ 00.39⁰
PITNEY BOWES
02 1A
0004335314   MAY15 2006
MAILED FROM ZIPCODE 16401

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA. 16507

16507+0820-20 $007

RECEIVED

MAY 16 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA