*Exhibit A*



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
May 11, 2006

TOM CORBETT
ATTORNEY GENERAL

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA  15219
(412) 565-3520
(412) 565-3019(Fax No.)

Anthony DeFranco, CZ-3518
State Correctional Institution
At Albion
10745 Route 18
Albion, PA  16475

RE:  Anthony DeFranco v William Wolfe, et al., C.A. No. 04-230 E

Dear Mr. DeFranco:

Enclosed please find *Defendants' Response to Plaintiff's Second Request for Production of Documents* in the above-captioned case.

Sincerely yours,

Mary L. Friedline
Senior Deputy Attorney General

MLF/cdc
Enclosures

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO,<br>    Plaintiff, | :<br>: No. C.A. 04-230-E<br>: Magistrate Judge Baxter |
| V. | : District Judge Cohill<br>: |
| WILLIAM WOLFE, et al.,<br>    Defendants. | :<br>: |

DEFENDANTS' RESPONSE TO
**PLAINTIFF'S 2ND REQUEST FOR PRODUCTION OF DOCUMENTS**

    Pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil procedure, plaintiff requests that the defendants produce the following documents. Please produce the documents at plaintiff's place of confinement at, 10745 Route 18, Albion, Pa. 16475-0002.

1. Please present all of the vote sheets involving plaintiff transfers in 2005. Under D.O.C. policy, a vote sheet is to be prepared before transfer. The vote sheets for transfer in 2005.
SEE ATTACHED SHEET FOR RESPONSES.
2. Please present the unit log sign-in sheet, for staff, on D/A unit for the week of September 23-28, 2002. These sign-in logs are for staff who visit the unit each day.

3. Please provide all block report records (commonly known as a CAR)—these block reports are used to log in inmates behavior.

4. Dates and where plaintff was housed at Albion from May 1, 2002 through June 30, 2002.

5. How many psychologist spoke with plaintiff, and who, from March 26, 2002 until June 25, 2002; list dates.

6. All information in plaintiff's file regarding his z-code from SCI Smithfield. All information regarding the z-code from SCI Smithfield.

Date: April 9, 2006
enc. copy of 4/3/06 request to
defendants for inspection of files.

Sincerely,

*[signature]*
Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

**Certificate of service**
Service of the foregoing was
made this date to the Attorney
General's Office, 564 Forbes Ave.,
Pgh., Pa. 15219.

1

# *Defendants' Response to Plaintiff's Second Request for Documents Number 4*



# Pennsylvania Department of Corrections

cr3datctrweb02
vkuslak 5/10/2006 3:34:01 PM

**Inmate Inquiry - Cell History**

Return to DocNet
Production

| Inmate Apps | Inmate Inquiry | Reports | Photos | JNET | DOC Info |

**Inmate #:** CZ3518 ACTIVE  **Name:** DEFRANCO, Anthony Wayne  **Cust Lvl:** 3  **Prog Cd:** Y , Z  **Perm Loc:** Albion
Assessment
**Race:** White  **DOB:** 12/23/1963  **Sex:** Male  **Housing Unit:** D -A -1031-01  **Temp Loc:**
Cables
**SID:** 149-70-82-7  **FBI #:** 242913AA6  **PBPP #:**  **Counselor:** Webb, Karla Jean
Community Corrections System
**Detainers:** YES  **Green Sheet:**  **Problematic offense:** YES

Correspondence Tracking
DCC
Inmate Employment
Inmate Status
Integrated Case Summary
Nick Names
RTSP
Sentencing
Transfer Petition
Unit Management
Visitor Tracking

| Location | Building | Section | Cell Dorm. | Bed No. | House Status | Sec. Level | Cust. Level | Date In | Date Out |
|---|---|---|---|---|---|---|---|---|---|
| PIT | | | Hold | | | | | 08/31/1998 | 10/20/1999 |
| 029 | B1 | 06 | BUS | | | | 3 | 10/20/1999 | 10/20/1999 |
| SMI | | | Hold | | | | 3 | 10/20/1999 | 10/20/1999 |
| 024 | V1 | 29 | BUS | | | | 3 | 10/20/1999 | 10/20/1999 |
| ALB | | | Hold | | | | | 10/20/1999 | 10/20/1999 |
| ALB | J | B | 1030 | 02 | | 4 | 3 | 10/20/1999 | 10/26/1999 |
| ALB | | | Hold | | | | | 10/26/1999 | 10/26/1999 |
| ALB | A | A | 2063 | 01 | | 3 | 3 | 10/26/1999 | 12/03/1999 |
| ALB | F | A | 2064 | 02 | | 3 | 3 | 12/03/1999 | 03/04/2000 |
| ALB | | | Hold | | | | | 12/03/1999 | 12/03/1999 |
| ALB | F | A | 1029 | 01 | | 3 | 3 | 03/04/2000 | 07/14/2000 |
| ALB | H | C | 2023 | 01 | RHU | 5 | 5 | 07/14/2000 | 07/19/2000 |
| ALB | F | A | 1029 | 01 | | 3 | 3 | 07/19/2000 | 03/27/2002 |
| ALB | H | B | 1009 | 01 | RHU | 5 | 5 | 03/27/2002 | 04/25/2002 |
| ALB | J | A | 2058 | 01 | | 4 | 4 | 04/25/2002 | 05/14/2002 |
| ALB | | | Hold | | | | | 04/25/2002 | 04/25/2002 |
| ALB | J | A | 1023 | 01 | | 4 | 4 | 05/14/2002 | 06/24/2002 |
| ALB | C | A | 1032 | 01 | | 3 | 4 | 06/24/2002 | 07/12/2002 |
| ALB | | | Hold | | | | | 07/12/2002 | 07/12/2002 |
| ALB | H | D | 2022 | 01 | RHU | 5 | 5 | 07/12/2002 | 08/15/2002 |
| ALB | J | B | 1021 | 01 | | 4 | 4 | 08/15/2002 | 08/19/2002 |
| ALB | D | A | 2057 | 02 | | 3 | 4 | 08/19/2002 | 08/22/2002 |
| ALB | | | Hold | | | | | 08/22/2002 | 08/22/2002 |
| ALB | D | A | 2057 | 01 | | 3 | 4 | 08/22/2002 | 01/02/2004 |
| ALB | | | Hold | | | | | 01/02/2004 | 01/05/2004 |
| ALB | D | A | 2057 | 01 | | 3 | 3 | 01/05/2004 | 05/12/2004 |
| ALB | | | Hold | | | | | 05/12/2004 | 05/12/2004 |
| ALB | D | A | 2057 | 02 | | 3 | 3 | 05/12/2004 | 11/03/2004 |
| ALB | | | Hold | | | | | 11/03/2004 | 11/03/2004 |
| ALB | D | A | 1032 | 01 | | 3 | 3 | 11/03/2004 | 03/08/2005 |
| 037 | B1 | 58 | BUS | | | | 3 | 03/08/2005 | 03/08/2005 |
| SMI | | | Hold | | | | | 03/08/2005 | 03/08/2005 |
| SMI | H | A | 2030 | 01 | | 4 | 3 | 03/08/2005 | 03/24/2005 |
| SMI | H | A | 2026 | 01 | | 4 | 3 | 03/24/2005 | 03/28/2005 |
| SMI | C | A | 1016 | 01 | | 3 | 3 | 03/28/2005 | 08/02/2005 |
| 037 | B1 | 00 | BUS | | | | 3 | 08/02/2005 | 08/02/2005 |
| ALB | | | Hold | | | | | 08/02/2005 | 08/11/2005 |
| ALB | D | A | 1031 | 01 | | 3 | 3 | 08/11/2005 | Current |



Prior Inmate #
BD6903



Identification:
(Inmate #/SID/
Phil. Photo #/SSN)





# Pennsylvania Department of Corrections

**Return to DocNet**

cr3datctrweb02
vkusiak 5/10/2006 3:34:34 PM

**Inmate Inquiry - Cell History**

Production

| Inmate Apps \ Inmate Inquiry \ Reports \ Photos \ JNET | | | DOC Info |

**Inmate #:** CZ3518 ACTIVE  **Name:** DEFRANCO, Anthony Wayne  **Cust Lvl:** 3  **Prog Cd:** Y, Z  **Perm Loc:** Albion
Assessment
**Race:** White  **DOB:** 12/23/1963  **Sex:** Male  **Housing Unit:** D-A-1031-01  **Temp Loc:**
**SID:** 149-70-82-7  **FBI #:** 242913AA6  **PBPP #:**  **Counselor:** Webb, Karla Jean
Cables
Community Corrections System
**Detainers:** YES  **Green Sheet:**  **Problematic offense:** YES
Correspondence Tracking

| Location Building Section | Cell Dorm. | Bed No. | House Status | Sec. Level | Cust. Level | Date In | Date Out |
|---|---|---|---|---|---|---|---|
| DCC | | | | | | | |
| Inmate Employment | | | | | | | |
| PIT | | | Hold | | | 08/31/1998 | 10/20/1999 |
| Inmate Status | | | | | | | |
| 029    B1 | | 06 | BUS | | 3 | 10/20/1999 | 10/20/1999 |
| SMI | | | Hold | | 3 | 10/20/1999 | 10/20/1999 |
| Integrated Case Summary | | | | | | | |
| 024   V1 | | 29 | BUS | | 3 | 10/20/1999 | 10/20/1999 |
| Nick Names | | | | | | | |
| ALB | | | Hold | | | 10/20/1999 | 10/20/1999 |
| RTSP | | | | | | | |
| ALB | J | B | 1030 | 02 | 4 | 3 | 10/20/1999 | 10/26/1999 |
| Sentencing | | | | | | | |
| ALB | | | Hold | | | | 10/26/1999 | 10/26/1999 |
| Transfer Petition | | | | | | | |
| ALB | E | A | 2063 | 01 | 3 | 3 | 10/26/1999 | 12/03/1999 |
| ALB | F | A | 2064 | 02 | 3 | 3 | 12/03/1999 | 03/04/2000 |
| Unit Management | | | | | | | |
| ALB | | | Hold | | | | 12/03/1999 | 12/03/1999 |
| Visitor Tracking | | | | | | | |
| ALB | F | A | 1029 | 01 | 3 | 3 | 03/04/2000 | 07/14/2000 |
| ALB | H | C | 2023 | 01 | RHU | 5 | 5 | 07/14/2000 | 07/19/2000 |
| ALB | F | A | 1029 | 01 | | 3 | 3 | 07/19/2000 | 03/27/2002 |
| ALB | H | B | 1009 | 01 | RHU | 5 | 5 | 03/27/2002 | 04/25/2002 |
| ALB | J | A | 2058 | 01 | | 4 | 4 | 04/25/2002 | 05/14/2002 |
| ALB | | | Hold | | | | | 04/25/2002 | 04/25/2002 |
| ALB | J | A | 1023 | 01 | | 4 | 4 | 05/14/2002 | 06/24/2002 |
| ALB | C | A | 1032 | 01 | | 3 | 4 | 06/24/2002 | 07/12/2002 |
| ALB | | | Hold | | | | | 07/12/2002 | 07/12/2002 |
| ALB | H | D | 2022 | 01 | RHU | 5 | 5 | 07/12/2002 | 08/15/2002 |
| ALB | J | B | 1021 | 01 | | 4 | 4 | 08/15/2002 | 08/19/2002 |
| ALB | D | A | 2057 | 02 | | 3 | 4 | 08/19/2002 | 08/22/2002 |
| ALB | | | Hold | | | | | 08/22/2002 | 08/22/2002 |
| ALB | D | A | 2057 | 01 | | 3 | 4 | 08/22/2002 | 01/02/2004 |
| ALB | | | Hold | | | | | 01/02/2004 | 01/05/2004 |
| ALB | D | A | 2057 | 01 | | 3 | 3 | 01/05/2004 | 05/12/2004 |
| ALB | | | Hold | | | | | 05/12/2004 | 05/12/2004 |
| ALB | D | A | 2057 | 02 | | 3 | 3 | 05/12/2004 | 11/03/2004 |
| ALB | | | Hold | | | | | 11/03/2004 | 11/03/2004 |
| ALB | D | A | 1032 | 01 | | 3 | 3 | 11/03/2004 | 03/08/2005 |
| 037 | B1 | 58 | BUS | | | | 3 | 03/08/2005 | 03/08/2005 |
| SMI | | | Hold | | | | | 03/08/2005 | 03/08/2005 |
| SMI | H | A | 2030 | 01 | | 4 | 3 | 03/08/2005 | 03/24/2005 |
| SMI | H | A | 2026 | 01 | | 4 | 3 | 03/24/2005 | 03/28/2005 |
| SMI | C | A | 1016 | 01 | | 3 | 3 | 03/28/2005 | 08/02/2005 |
| 037 | B1 | 00 | BUS | | | | 3 | 08/02/2005 | 08/02/2005 |
| ALB | | | Hold | | | | | 08/02/2005 | 08/11/2005 |
| ALB | D | A | 1031 | 01 | | 3 | 3 | 08/11/2005 | Current |



**Prior Inmate #**
BD6903



**Identification:**
(Inmate #/SID/
Phil. Photo #/SSN)





cr3datctrweb02 **Pennsylvania Department of Corrections**                    Return to DocNet
vkuslak 5/10/2006 3:21:05 PM                Inmate Inquiry - Cell History                    Production

Inmate Apps \ Inmate Inquiry \ Reports \ Photos \ JNET                                       DOC Info

**Inmate #:** CZ3518 **ACTIVE**   **Name:** DEFRANCO, Anthony Wayne   **Cust Lvl:** 3 **Prog Cd:** Y , Z   **Perm Loc:** Albion
**Race:** White                   **DOB:** 12/23/1963 **Sex:** Male   **Housing Unit:** D -A -1031-01   **Temp Loc:**
**SID:** 149-70-82-7              **FBI #:** 242913AA6 **PBPP #:**    **Counselor:** Webb, Karla Jean

**Detainers:** YES                                                    **Green Sheet:**                  **Problematic offense:** YES

| Location | Building | Section | Cell Dorm. | Bed No. | House Status | Sec. Level | Cust. Level | Date In | Date Out |
|---|---|---|---|---|---|---|---|---|---|
| PIT |   |   | Hold |   |   |   |   | 08/31/1998 | 10/20/1999 |
| 029 | B1 | 06 | BUS |   |   |   | 3 | 10/20/1999 | 10/20/1999 |
| SMI |   |   | Hold |   |   |   | 3 | 10/20/1999 | 10/20/1999 |
| 024 | V1 | 29 | BUS |   |   |   | 3 | 10/20/1999 | 10/20/1999 |
| ALB |   |   | Hold |   |   |   |   | 10/20/1999 | 10/20/1999 |
| ALB | J | B | 1030 | 02 |   | 4 | 3 | 10/20/1999 | 10/26/1999 |
| ALB |   |   | Hold |   |   |   |   | 10/26/1999 | 10/26/1999 |
| ALB | F | A | 2063 | 01 |   | 3 | 3 | 10/26/1999 | 12/03/1999 |
| ALB | F | A | 2064 | 02 |   | 3 | 3 | 12/03/1999 | 03/04/2000 |
| ALB |   |   | Hold |   |   |   |   | 12/03/1999 | 12/03/1999 |
| ALB | F | A | 1029 | 01 |   | 3 | 3 | 03/04/2000 | 07/14/2000 |
| ALB | H | C | 2023 | 01 | RHU | 5 | 5 | 07/14/2000 | 07/19/2000 |
| ALB | F | A | 1029 | 01 |   | 3 | 3 | 07/19/2000 | 03/27/2002 |
| ALB | H | B | 1009 | 01 | RHU | 5 | 5 | 03/27/2002 | 04/25/2002 |
| ALB | J | A | 2058 | 01 |   | 4 | 4 | 04/25/2002 | 05/14/2002 |
| ALB |   |   | Hold |   |   |   |   | 04/25/2002 | 04/25/2002 |
| ALB | J | A | 1023 | 01 |   | 4 | 4 | 05/14/2002 | 06/24/2002 |
| ALB | C | A | 1032 | 01 |   | 3 | 4 | 06/24/2002 | 07/12/2002 |
| ALB |   |   | Hold |   |   |   |   | 07/12/2002 | 07/12/2002 |
| ALB | H | D | 2022 | 01 | RHU | 5 | 5 | 07/12/2002 | 08/15/2002 |
| ALB | J | B | 1021 | 01 |   | 4 | 4 | 08/15/2002 | 08/19/2002 |
| ALB | D | A | 2057 | 02 |   | 3 | 4 | 08/19/2002 | 08/22/2002 |
| ALB |   |   | Hold |   |   |   |   | 08/22/2002 | 08/22/2002 |
| ALB | D | A | 2057 | 01 |   | 3 | 4 | 08/22/2002 | 01/02/2004 |
| ALB |   |   | Hold |   |   |   |   | 01/02/2004 | 01/05/2004 |
| ALB | D | A | 2057 | 01 |   | 3 | 3 | 01/05/2004 | 05/12/2004 |
| ALB |   |   | Hold |   |   |   |   | 05/12/2004 | 05/12/2004 |
| ALB | D | A | 2057 | 02 |   | 3 | 3 | 05/12/2004 | 11/03/2004 |
| ALB |   |   | Hold |   |   |   |   | 11/03/2004 | 11/03/2004 |
| ALB | D | A | 1032 | 01 |   | 3 | 3 | 11/03/2004 | 03/08/2005 |
| 037 | B1 | 58 | BUS |   |   |   | 3 | 03/08/2005 | 03/08/2005 |
| SMI |   |   | Hold |   |   |   |   | 03/08/2005 | 03/08/2005 |
| SMI | H | A | 2030 | 01 |   | 4 | 3 | 03/08/2005 | 03/24/2005 |
| SMI | H | A | 2026 | 01 |   | 4 | 3 | 03/24/2005 | 03/28/2005 |
| SMI | C | A | 1016 | 01 |   | 3 | 3 | 03/28/2005 | 08/02/2005 |
| 037 | B1 | 00 | BUS |   |   |   | 3 | 08/02/2005 | 08/02/2005 |
| ALB |   |   | Hold |   |   |   |   | 08/02/2005 | 08/11/2005 |
| ALB | D | A | 1031 | 01 |   | 3 | 3 | 08/11/2005 | Current |



**Prior Inmate #**
BD6903



**Identification:**
(Inmate #/SID/
Phil. Photo #/SSN)




## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Defendants' Response to Plaintiff's Second Request for Production of Documents* was served upon the following, by first-class mail this May 11, 2006.

Anthony DeFranco, CZ-3518
State Correctional Institution
At Albion
10745 Route 18
Albion, PA  16475

*/s/ Mary L. Friedline*
MARY L. FRIEDLINE
Senior Deputy Attorney General