IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,           )
Plaintiff,                  ) No. CA-04-230-ERIE
                            ) Magistrate Judge Baxter
     v.                     ) District Judge Cohill
                            )
WILLIAM WOLFE, et al.,      )
Defendants.

### MOTION FOR LEAVE TO FILE ADDITIONAL INTERROGATORIES

Now, comes plaintiff, asking this Court for leave to file additional interrogatories to each of the defendant's and in support:

1. Plaintiff has filed his first set of interrogatories on most of the defendants; however, he is in need of submitting follow-up interrogatories.

2. Due to plaintiff's pro se status, he was unaware that leave of court was needed to submit follow-up interrogatories: he has submitted two (2) second interrogatories.

WHEREFORE, plaintiff prays this Honorable Court grant him leave to file additional interrogatories.

Respectfully submitted,

Date: 5/16/06

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

CERTIFICATE OF SERVICE
Service was made by US First
Class Mail to the Attorney
General's Office, 564 Forbes Ave.,
Pittsburgh, Pa. 15219, this date.

FILED '06 MAY 18 AM 36 CLERK U.S. DISTRICT COURT

Name: Anthony Adams
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507



INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED
MAY 1 8 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED
MAY 1 8 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA