Name: Anthony DeFrance
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507

RECEIVED

MAY 1 8 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA