**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY DeFRANCO,** | ) | |
|     Plaintiff | ) | |
|         v. | ) | **C.A. No. 04-230 Erie** |
| | ) | **District Judge Cohill** |
| **WILLIAM WOLFE, et. al.,** | ) | **Magistrate Judge Baxter** |
|     Defendants. | ) | |

## ORDER

AND NOW, this 26th day of May, 2006;

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file additional interrogatories [Document # 169] is DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                            S/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief U.S. Magistrate Judge