IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY DeFRANCO,** ) | |
| Plaintiff ) | |
| v. ) | **C.A. No. 04-230 Erie** |
| ) | **District Judge Cohill** |
| **WILLIAM WOLFE, et. al.,** ) | **Magistrate Judge Baxter** |
| Defendants. ) | |

## ORDER

AND NOW, this 26th day of May, 2006;

IT IS HEREBY ORDERED that Plaintiff's motion to compel discovery [Document # 167] is DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge