**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY DEFRANCO,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 04-230** |
| | ) | **Erie** |
| **WILLIAM WOLFE, STEVE REILLY,** | ) | **District Judge Cohill** |
| **DENNIS BUNNER, ROD SHOWERS,** | ) | **Magistrate Judge Baxter** |
| **JUDY JACKSON, ET AL** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the defendants' Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories Directed to Defendant Brooks, it is hereby ORDERED that said Motion is GRANTED. Defendant Brooks' response to Plaintiff's First Set of Interrogatories shall be submitted to Plaintiff on or before June 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE