Name: Anthony DeFranco
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE
$00.63°
PITNEY BOWES
02 1A
0004335314   MAY 25 2006
MAILED FROM ZIP CODE 16401

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

RECEIVED
MAY 30 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA