```
                                          Anthony DeFranco CZ-3518
                                          10745 Route 18
         FILED                            Albion, Pa. 16475-0002

       '06 MAY 30 A9:48

Honorable Susan Paradise Baxter
17 South Park Row, Rm A280
Erie, Pa. 16501                                      May 25, 2006


         Re: DeFranco v. Wolfe, No. 04-230-E
             Regarding Doc.#168
Dear Judge Baxter:
```

This is in regards to the defendants ridiculous new accusations in that I have in <u>any way</u> misused evidence in this case, in particular, the unredacted z-code vote sheets. In their latest Motion they claim, without any evidence, that I have pressured, harassed and even threatened staff. These statements are scandalous. I have done nothing wrong with any of the evidence produced, especially any of the allegations suggested by the defendants. While I briefed those facts in my Reply to the Court, I am still somewhat astounded by these mere allegations; I don't know why (I am astounded) considering all the previous harassment and retaliation I received.

Just so the Court is aware, these z-code vote sheets which display the comments by all staff at different prisons, are **very helpful** to my case. In fact, reading them never upset me, to the contrary, I was happy to read what they stated as they helped this case tremendously. Never once was I mad, upset or anything like that. As stated, I was thrilled to receive such moving evidence for my case. Those were and are my true feelings about the evidence produced, particularly, the z-code vote sheet comments. For example, one of the counselors that voted to have the z-code lifted, who spoke to me maybe one time, actually wrote that I had "manipulated all Albion staff upon my arrival" to get the z-code. That statement alone helps me because there would be no way for me to manipulate all Albion staff to get a z-code. And in regards to my making any potential threats to a DOC staff member about another DOC staff member (as alleged by the defendants) would have gained me a misconduct and RHU time; none of that ever occurred. Attached to my Reply is a signed request slip by a veteran staff member which states I would had received a misconduct had I "potentially threatened staff", as described by defendants.

In closing Your Honor, I am hoping what is happening in this case is clearer. The DOC obviously sticks up for itself, and members for one another. Someone is fabricating stories in order to 1). sabotage my case, and 2). create some type of security issues. None of the defendants allegations are true. I do not speak to staff unless called

Honorable Judge Baxter
May 25, 2006
Page II

---

upon by them.  As this Court heard by evidence of a doctor, I am anti-social.  I hope the Court can see through what is transpiring here.  The collective conspiracy continues so the defendants can do and get away with what they please by making up some threat or harassment case. As stated, the evidence produced so far "helps" me, it never caused me to be upset or pressure staff for anything. Something that "helps" a person does not upset them.  Thank you for taking the time to read this.

Very truly yours,

*[signature]*
Anthony DeFranco


C; a true/correct copy
of the foregoing was served on defendants this date.
    Defendants Counsel
    Clerk's Office