

**RECEIVED**
MAY 30 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF CORRECTIONS

Name Anthony DeFrance
Number CZ-3518
Unit/Side DIA
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA. 16507