Name _____

Number _____ CZ-3518

Unit/Side _____ D/a

10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

UNITED STATES POSTAGE
02 1A
000433531 4
$ 00
MAY 3
MAILED FROM ZIP CODE

U.S. District Courthouse

Clerk's Office

P.O. Box 1820

Erie, PA 16507



RECEIVED

JUN - 1 2006

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA