

Name: Anthony Rhone
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

$ 00.39⁰  JUN 01 2006
MAILED FROM ZIP CODE 16401

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA. 16507

RECEIVED
JUN - 2 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA