Name: Anthony Oliver
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507



RECEIVED
JUN - 5 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



02 1A
0004335314    JUN 02 2006
MAILED FROM ZIP CODE 16401
$ 00.39⁰
UNITED STATES POSTAGE
PITNEY BOWES