Name __Anthony DeFranco__
Number __CZ-3518__
Unit/Side __D/A__
10745, Route 18
Albion, PA 16475-0002



INMATE MAIL
PA DEPT OF
CORRECTIONS

$ 00.39⁰
JUN 05 2006
MAILED FROM ZIP CODE 16401

RECEIVED
JUN - 6 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. Distirct Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507