*[Image of envelope, rotated 90°, with the following handwritten and stamped text:]*

Name: [signature] Anthony R. Lyons
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF CORRECTIONS

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA. 16507

USPS postage: $00.390, JUN 05 2006, MAILED FROM ZIP CODE 16401

RECEIVED
JUN - 6 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA