**Name** Anthony DeFranco
**Number** CZ-3518
**Unit/Side** D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE
PITNEY BOWES
$01.11⁰
02 1A
0004335314  JUN 05 2006
MAILED FROM ZIP CODE 16401

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

RECEIVED
JUN - 6 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA