**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY DeFRANCO,** | ) | |
|         **Plaintiff** | ) | |
|         v. | ) | **C.A. No. 04-230 Erie** |
| | ) | **District Judge Cohill** |
| **WILLIAM WOLFE, et. al.,** | ) | **Magistrate Judge Baxter** |
|         **Defendants.** | ) | |

## ORDER

AND NOW, this 7th day of June, 2006;

IT IS HEREBY ORDERED that Plaintiff's motions to compel discovery [Document ## 182 and 183] are DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                    S/Susan Paradise Baxter
                                    SUSAN PARADISE BAXTER
                                    Chief U.S. Magistrate Judge