Name ___Anthony DeFranco___

Number ___GZ-3648___

Unit/Side ___D/A___
10745, Route 18
Albion, PA 16475-0002

16507+08020-20 8007

**INMATE MAIL
PA DEPT OF
CORRECTIONS**



UNITED STATES POSTAGE
PITNEY BOWES

02 1A
0004335314
MAILED FROM ZIP CODE 16401

$ 00.63°
JUN 08 2006

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, Pa. 16507