Name: Anthony DeFranco
Number: C2-5518
Unit/Side: D/A
10745, Route '18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

$ 00.39⁰  JUN 12 2006
MAILED FROM ZIP CODE 16401

RECEIVED
JUN 13 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507