**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ANTHONY DeFRANCO,                    )
                    Plaintiff         )
        v.                            )        C.A. No. 04-230 Erie
                                      )        District Judge Cohill
WILLIAM WOLFE, et. al.,               )        Magistrate Judge Baxter
                    Defendants.       )

## ORDER

AND NOW, this 21st day of June, 2006;

IT IS HEREBY ORDERED that Plaintiff's motion to supplement record on discovery [Document # 178] is GRANTED insofar as Plaintiff seeks to supplement the record in this case to add the documents attached to his motion; however, Plaintiff's motion is DENIED to the extent he seeks to strike Defendants' response to Plaintiff's motion to compel [Document # 168].

IT IS FURTHER ORDERED that Plaintiff shall stop filing duplicitous and/or unnecessary motions in this case.  If Plaintiff continues to do so, this Court will exercise its authority to limit the number of motions Plaintiff may file in this matter.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge