| DC-46 (Rev. 7/95) | VOTE SHEET | | Commonwealth of Pennsylvania Department of Corrections/SCI Albion | |
|---|---|---|---|---|
| Facility SCI-Albion | Date 2-7-00 | Number CZ3518 | Name Anthony DeFraneo | Cus. Lev.& Code(s) 3Y |

Purpose: Z code

| | YES | NO | COMMENTS |
|---|---|---|---|
| Counselor Kauffman | ✓ | | per psych recommendations - w/past. comp. of anxiety and previous use of meds (M.H.) |
| Work Supervisor | | | |
| Corrections Officer Fisher / Pastory | ✓ | ✓ | Inmate appears to live with his current cell mate without a problem. Z code needed |
| Psychologist Bubby | ✓ | | Highly recommended due to stress levels |
| Unit Mgr., Couns, Supv., CCC Dir. | ✓ | | Appears to be suffering from anxiety, cellmate claims he does not sleep. |
| Inmate Program Mgr. Mr. Boeh | ✓ | | Per Mr. Reilly's assessment & staff support |
| Major Neiswonger | ✓ | | Per Psych Recommendation |
| Votes Recorded | | | |

STAFF RECOMMENDATIONS  SCIP 4-19-96 → WDCC SCIP 7-26-96 → SCIA 10-20
36 yr old male serving life for Criminal Homicide/Murder 2°. No misconducts, 1 Detainer from Erie County for Simple Assault with a sentence 12 months-24 months.
     Staff for Z code according to Steve Reilly, Psychology, recommendations.

| Deputy-Centralized Services | Yes ✓ No ☐ | Deputy-Facility Management | Yes ☐ No ✗ |
|---|---|---|---|
| Comments Per psych recommendation  VLK | | Comments Concur with Officer Fisher. No apparent problem before he arrived - Kap Marquart | |

| Superintendent | ✓ Approved | Disapproved |
|---|---|---|
| Comments Approve for Z code | VLK  J. Brenner | |

Z-CODE VOTE NO. 1

| DC-46 Rev. 6/00 | VOTE SHEET | | | Commonwealth of Pennsylvania Department of Corrections | |
|---|---|---|---|---|---|
| Facility SCI-Smithfield | Date 4-18-05 | Number CZ-3518 | Name DEFRANCO, Anthony | | Custody Level & Code(s) 3-YZ |
| PURPOSE: Continue "Z" Code | | YES | NO | COMMENTS | |
| Counselor: K.J. Zimmerman CC2 | | X | | Appears to adjust better with he single cell. PRT recommended | |
| Work Supervisor: | | | | | |
| Corrections Officer: | | | | | |
| Psychologist | | | | | |
| Unit Manager, Counselor Supervisor, CCC Director: F. Campopiano | | ✓ | | Z code originally approved Feb 2000 for MH Reasons. MH currently continue on active roster | |
| Corrections Classification Program Manager: J. Whitesel | | | X | | |
| PRT | | | X | | |
| Housing Officers: AM: PM: | | | | | |
| Votes Recorded | | | | DOC: 4-19-96 SCIS: 3-8-05 MIN: Life MAX: Life | |

STAFF RECOMMENDATIONS: Anthony DeFranco, age 41, is serving a Life sentence for Criminal Homicide from Erie County. He was transferred to SCI-Smithfield from SCI-Albion on 3-8-05 on an ADM/SEP basis to separate him from William Barr, Superintendent's Assistant, due to litigation DeFranco filed against Mr. Barr. Mr. Barr did not want future potential problems between the inmate and future potential grievances. Prior to his arrival at SCI-Smithfield, SCI-Albion circulated a vote sheet on 3-10-04 for a "Z" code, and the Vote Sheet denied the "Z" code. In response to this, DeFranco filed a civil action against several SCI-Albion staff members. DeFranco has indicated that the "Z" code was ordered by the court to be assigned to him. A copy of a Magistrate Judge's Report and Recommendation in association with this action, is in his file, and under the Conclusion section of that document it indicates that it was the judge's recommendation that, "Defendants should be ordered to return Plaintiff to z-code status in a single cell at SCI-Albion immediately." Upon his arrival at SCI-Smithfield, a temporary "Z" code was assigned at IRC, and on 4-13-05, a PRT was held to determine his progress and whether to keep his "Z" code. The consensus of the PRT was that he keeps his "Z" code.

| Deputy – Centralized Services  YES ☒  NO ☐ Victoria L. Kormanic Comments | Deputy – Facilities Management  YES ☒  NO ☐ Daryl L. Briggs Comments |
|---|---|
| VLKor | [signature] |

| Signature of Facility Manager or DCC Director John A. Palakovich Comments | APPROVED ☒  DISAPPROVED ☐ |
|---|---|

Z-CODE VOTE NO. 4

| DC-46 (Rev. 7/95) | | VOTE SHEET | | Commonwealth of Pennsylvania Department of Corrections/SCI Albion |
|---|---|---|---|---|
| Facility SCI-Albion | Date 6/24/02 | Number CZ-3518 | Name Anthony DeFranco | Cus. Lev.& Code(s) 4YZ |

| Purpose Annual Review for Z Code continuation | YES | NO | COMMENTS |
|---|---|---|---|
| Counselor J. Jackson | | ✓ | Does not meet criteria for Z-Code. Manipulated Albion staff upon his arrival. History of incarcerations did not necessitate a Z code. Incar since '96 w/ one misconduct on record. High levels of stress does not meet Z code criteria. (See Psych Eval) |
| Work Supervisor | | | |
| Corrections Officer | | | |
| Psychologist Ms. Eichenlaub | | ✓ | Does not meet Z-code criteria. |
| Unit Manager R. Showers | | ✓ | No need for Z code. Manipulative. Psych Ref. Indicates medication is appropriate to handle psych needs |
| Inmate Program Mgr. B. Boeh | | ✓ | Psychologist does not recommend and staff do not support. |
| Major Gates | ✓ | | Per Psych |
| Lt. | | | |
| Votes Recorded | | | |

| STAFF RECOMMENDATIONS | SCI-Pittsburgh 4/19/96 → SCI-Albion 10/20/99 |
|---|---|
| SERVING: Criminal Homicide/Murder 2nd Degree | |
| MINIMUM: Life | MAXIMUM: Life |
| DETAINERS: 93-Erie County Simple Assault 12-24 months | |
| MISCONDUCTS: 3/26/02, A-15 Threaten an Employee Received 45 DDC and removal from job | |
| ESCAPE HISTORY: 83-Escape conviction Erie County | |
| PRIORS: Escape, VCSDD & CA, Burglary, Retail Theft, Theft by Unlawful Taking, Firearm Carried Without License, Criminal Conspiracy, Criminal Attempt, and Corruption of Minors | |
| PROGRAMS: He completed Peer Instructor Training for Citizenship on 5/13/01. He is on the waiting list for vocational training, Long Timers, and Drug/Alcohol Education Classes. Attend self-help groups | |

| Deputy-Centralized Services | Yes ☐ No ☒ | Deputy-Facility Management | Yes ☐ No ☒ |
|---|---|---|---|
| Comments Agree with staff rationale for denial of Z code | | Comments No need. Does not meet criteria | |

Superintendent
Approved ☐ Disapproved ☒
Comments Bruce T. Marquardt Dep Supt fn WJW

Z-CODE VOTE NO. 2

| DC-46 Rev. 6/00 VOTE SHEET | | | | Commonwealth of Pennsylvania Department of Corrections | |
|---|---|---|---|---|---|
| Facility SCI-Albion | Date 3-10-04 | Number CZ-3518 | | Name DeFRANCO, Anthony | Custody Level & Code(s) 3Y |
| PURPOSE: Z-Code | | YES | NO | COMMENTS | |
| Counselor – Karla Webb | | ✓ | | Inmate has increased agitation with bellies and life sentence very paranoid - agree w/ Dr. Lindenmuth | |
| Work Supervisor | | | | | |
| Corrections Officer-Malec | | | | | |
| Corrections Officer -Coll | | | | | |
| Psychologist  Reilly | | ✓ | | Anxiety disorder, persistent stress | |
| Unit Manager Mr. Skendall | | | ✓ | I do not agree that inmate DeFranco needs to be Z-Coded. He has successfully resided on | |
| Corrections Classification Program Manager Mr. Bryant | | | ✓ | DTU for several months. Concur w/ UM comments. Stress will be ongoing | |
| Major Colvin | | | ✓ | Concur w/ U.M. | |
| Zone Lt. | | | | | |
| Votes Recorded | | | | | |

STAFF RECOMMENDATIONS: SCI-Pittsburgh-4/19/96 ▶ SCI-Albion-10/20/99

SENTENCED: A 40 year old married male serving a Life sentence for Criminal Homicide from Erie County.

Minimum Date: Life     Maximum Date: Life     Detainers: 1-Erie County for Simple Assault.

Escape History: 83 Escape conviction Erie County.

Misconducts: Total 5. Last being 3/02 for Threatening an Employee=45 DC

Prior Criminal History: Juvenile: REAP and Defiant Trespass  Adult: Escape, Theft By Unlawful Taking, VCSDD&A, Burglary, Retail Theft, Aggravated Assault, Simple Assault, Corruption of Minor, CC-Criminal Attempt, Reckless Driving, and Disorderly Conduct.

Programs: Peer leader for Citizenship. He is employed in the Library.

** Z-Code due to extreme Anxiety Disorder and Panic Disorder. Dr. Lindenmeuth requests re-evaluation for Z-Code due to the increased Anxiety, etc.   Lindenmuth

Pact as Custody Level 3Y

| Deputy - Centralized Services   YES ☐   NO ☒ | Deputy - Facilities Management   YES ☐  NO ☒ |
|---|---|
| Comments  Stress needs to be managed - care can be taken with assignment of cellmates.  Wilkes 3-17-0 | Comments  Do not feel he warrants single-cell status.  Dep Marquardt  3-17-04 |

| Signature of Facility Manager or DCC Director | APPROVED ☐ | DISAPPROVED ☒ |
|---|---|---|
| Comments | Bruce T. Marquardt  Dep Supt Fac WJW | |

Z-CODE VOTE NO. 3