**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY DeFRANCO,**<br>　　　　**Plaintiff,**<br><br>　　**V.**<br><br>**WILLIAM WOLFE, et al.,**<br>　　　　**Defendants.** | **:**<br>**: No. C.A. 04-230-E**<br>**: Magistrate Judge Baxter**<br>**: District Judge Cohill**<br>**:**<br>**:**<br>**:** |

FILED

'06 JUN 22 A10:29

CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S SWORN AFFIVADIT AUTHENTICATING HIS EXHIBITS

I HEREBY DECLARE UNDER PENALTY OF PERJURY, AND UPON MY OWN PERSONAL

KNOWLEDGE, THAT THE UNDERLYING EXHIBITS ATTACHED HERETO ARE

AUTHENTIC.

Exhibit "A"—Plaintiff's grievance submitted to SCI Albion, dated March 8, 2005.

Exhibit "B"—The Response to plaintiff's grievance by the Inmate Program Manager (which Mr. Barr

initialed) stating plaintiff's transfer was due to litigation.

Exhibit "C"—Defendant, Superintendent Brooks Response, allowing plaintiff's return to SCI albion in

resolution of the grievance.

Exhibit "D"—The transfer petition placed on plaintiff, stating that the transfer was being requested by

defendant Barr, stating the separation was requested due to litigation against Barr, requested on

Febraury 15, 2005 (Plaintiff did not move to make Barr a defendant until March 7, 2005, Doc.#63).

Respectfully Submitted,

Date: 6/18/06

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

Service was made by U.S.
Class Mail this date to the
Attorney General at 564
Forbes Ave., Pgh. Pa. 15219

DC-804
Part 1  Smithfield
SCI - Smithfield

MAR 15 2005

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
|---|
| 112276 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Super / Mr. Barr | ALBION | 3/9/05 |

FROM: (INMATE NAME & NUMBER)
Anthony DeFranco    CZ-3518

SIGNATURE of INMATE:

WORK ASSIGNMENT:

HOUSING ASSIGNMENT:
at SCI - Smithfield

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

This is in regards to a retaliatory transfer that I have been saying would happen for years - in which the Federal courts are aware. During a interview this date, it was told to me by SCI Smithfield officials that I was moved for making Mr. Barr a Defendant, which created a "Conflict of Interest". The DOC has moved me approx. 4 hours away from home, just as I predicted on paper previously. As Mr. Barr knows, this civil action is no reason to transfer me. He distributes almost all grievances filed to other staff to handle (which I can prove). So, moving me from my home jail was strickly retaliatory. Which has cost my family considerable hardship. It has cost me my top paying job, which has kept me surviving (money wise) in prison. As the DOC knows, when an inmate files suit on the Superintendent he is not automatically removed (and the Super. must review all grievance appeals). I am requesting my immediate return to SCI Albion - In the mean time, I would like to keep my same inmate pay that I was receiving before this retaliatory transfer which has caused all this damage.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Spoke w/ SCI Smithfield officials who said this is why I was moved. No law clerk job available now.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator
Q Soul for WAB

Date
3-15-05

Transfer / Mr Bryant

**EXHIBIT "A"**

DC-804
Part 2

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
### P.O. BOX 598
### CAMP HILL, PA 17001

**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**

GRIEVANCE NO. | 112276

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| DeFranco, Anthony    CZ-3518 | SCI Albion | B/B 49 | 3/15/05 |

The following is a summary of my findings regarding your grievance:

Mr. DeFranco has a formal separation in place from Mr. Barr. It is felt that based on pending litigation it is in the best interest of all parties that he not be housed at SCI-Albion. No inmate has the right to determine where he or she will be housed.

Inmate was not available for signature as he is currently at SCI-Smithfield.

RESOLVED:_____    DATE:_____
                   Inmate's Signature

UNRESOLVED:_____    DATE:_____
                   Inmate's Signature

cc:    Original – Ms. McWilliams
       Grievance Officer
       Inmate
       DC-15                        UAB 3-29-05

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| Ronald J. Bryant, CCPM | Bryant | 3/28/05 |

**EXHIBIT "B"**

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Albion**
(814) 756-5778
May 10, 2005

**SUBJECT:**  **APPEAL TO SUPERINTENDENT**
**GRIEVANCE #112276**

**TO:**     Anthony DeFranco
          CZ-3518
          SCI-Smithfield

**FROM:**   Marilyn S. Brooks
          Superintendent

I have reviewed the original grievance and the Grievance Officer's response.

I do not find an appeal on file for 112276.  However, I will allow you to be returned to SCI-Albion in resolution of the grievance.

Your transfer back to SCI-Albion will be done as a routine transfer and will be done when it can be scheduled.  In anticipation of property shipment, if you are over the allowable limit and it is shipped by means other than the DOC, payment for shipping will be your responsibility.

Upon return you will be housed according to your classification.

After thorough review and evaluation, I amend the Grievance Officer's decision.

MSB/ljm

cc:   Deputy Harlow
      Deputy Wilkes
      Mr. Bryant
      Superintendent's Assistant
      DC-15
      File

*"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities,*
*and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-*
*abiding citizens; while respecting the rights of crime victims"*

EXHIBIT "C"

## Pennsylvania Department of Corrections

Return to DocNet

dkagarise 4/20/2006 4:17:51 PM

Transfer Petition System - Permanent Petition

Production

Inmate Info \ Reports \ Photos \ JNET

DOC Info

**Return to Last Inmate**

Inquiry \ Reports \ Help \

**Inmate #:** CZ3518 ACTIVE        **Name:** DEFRANCO, Anthony Wayne    **Cust Lvl:** 3  **Prog Cd:** Y,Z    **Perm Loc:** Smithfield
**Race:** White                          **DOB:** 12/23/1963  **Sex:** Male      **Housing Unit:** C -A -1016-01    **Temp Loc:**
**SID:** 149-70-82-7                   **FBI #:** 242913AA6 **PBPP #:**          **Counselor:**

**Detainers:** YES                                                                                          **Problematic offense:**
                                                                                                             YES

Cancel

| | | |
|---|---|---|
| **Purpose Of Transfer:** Adm./Separation | **Other:** | |
| **Priority Transfer:** NO | **Approval Required:** (Applies to CCC or PV return only) | |
| **From:** ALB - ALBION | **To:** SMI - SMITHFIELD | |
| **Requesting Official:** Habursky, Christine  Marie | | |
| **Status:** Transferred | **Trip Id:** 037-B1-03/08/2005 | |
| **Approved by:** Williamson, Donald | **Request Date:** 2/15/2005 11:09:10 AM | |
| **Approval Comments:** PER REVIEW BY CENTRAL OFFICE PSYCH. STAFF | **Approval Date:** 2/23/2005 2:24:50 PM | |
| **Layover Location:** | **History Date:** 3/8/2005 3:04:57 PM | |
| **Layover Comments:** | **Custody Level:** 3 | |

| | | |
|---|---|---|
| **Sentence Explanation:** | | |
| **Commutation:** NO | **Confidential Info:** NO | **Individual Treatment Plan:** YES |
| **Mental Health Transfer:** NO | **Other Info:** NO | |

**Passenger List Comments:** Panic Disorder without Agoraphobia

**Rationale for Transfer & Institutional Recommendations:**

Serving a Life sentence for Criminal Homicide. Detainer for Simple Assault. Escape History: 1982 Ecsape. Completed Citizenship and is currently a peer leader for Citizenship. Needs to complete A.O.D. Education and Violence Prevention. An Administrative/Separation transfer is being requested due to litigation against William Barr, SCI-Albion's Suerintendent's Assissant. Mr. Barr is the Institutional Grievance Coordinator and doesn't want any potential problems between this inmate and future potential grievances.

**EXHIBIT "D"**