Name: _Anthony Bigham_
Number: _CC-3518_
10745 RT. 18
ALBION, PA 16475-0002

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA. 16507

**RECEIVED**

JUN 2 2 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF
CORRECTIONS



$ 01.11°