CA 04-230 E
appeal part pay
receipt # 06004560

```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

        # 06004560  -  KM
          June 20, 2006


   Code    Case #     Qty       Amount

   1ST CIVI 04-cv-44E              6.02 CH
   1ST APPE 04-cv-230E            10.58 CH
   1ST CIVI 03-cv-363E             5.80 CH
   1ST CIVI 05-cv-112E             2.90 CH


   TOTAL→                         25.30


   FROM: SCI ALBION
         10745 ROUTE 18
         ALBION, PA 16475
         JEFFERSON, DEFRANCO, BARNES
```