Name: Anthony DiStefano
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507



UNITED STATES POSTAGE
02 1A
000433531 4
MAILED FROM ZIP CODE 16401
$ 00.39⁰
JUN 29 2006
PITNEY BOWES

RECEIVED
JUN 30 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820-20 B007