# *Exhibit A*



COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

June 28, 2006

**TOM CORBETT**
ATTORNEY GENERAL

Western Regional Office
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: 412-565-3520
Fax: 412-565-3028

Anthony DeFranco, CZ-3518
SCI-Albion
10745 Route 18
Albion, PA 16475-0001

RE: **DeFranco v. Wolfe, et al.,**
    **Civil Action No. 04-230E**

Dear Mr. DeFranco:

Today I received your letter dated June 22, 2006 with additional discovery requests. We will take a look at those requests and respond appropriately consistent with the Court's recent orders.

As we told you previously, for whatever reason, we did not receive the Second Set of Interrogatories directed to Jackson and Showers that you said were sent in early May. However, we did receive the copies that you resent with your June 12, 2006 letter - those were received on June 14, 2006, making responses due on July 14, 2006. We are preparing responses and hope to have them to you well in advance of the July 14, 2006 due date.

Sincerely,

Mary Lynch Friedline
Senior Deputy Attorney General

MLF/lml