```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

        # 06000426 - SP
           July 20, 2006


    Code    Case #     Qty      Amount

   (FIRSTAPP CA-04-230E           11.09 CH)
    1ST CIVI CA-03-363E            6.07 CH
    1ST CIVI CA-05-112E            3.04 CH


    TOTAL →                       20.20



    FROM: SCI ALBION FOR DEFRANCO,
          BARNES
```

CA 04-230 E

$11.09

appeal part pay

receipt # 06000426