## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 6, 2006
C-122

No. 05-1789

Anthony DeFranco, Appellant
v.
William Wolfe, et al
(W.D. of PA Civil No. 04-230E)

**Present:** BARRY, SMITH and NYGAARD, Circuit Judges

Motion by Appellant for Reimbursement of Filing Fee and Withdrawal of Appeal.

| | |
|---|---|
| Response due 06/05/06. | /s/ Carmen M. Hernandez<br>Carmen M. Hernandez<br>Case Manager   267-299-4952 |

**O R D E R**

**The foregoing** Motion to Withdraw the Appeal is GRANTED. The Motion for Reimbursement of Filing Fee is DENIED.

By the Court,

 /s/ D. Brooks Smith
**Circuit Judge**

**Dated:** July 20, 2006
CMH/cc: AD, CDB



**A True Copy:**

*Marcia M. Waldron*
Marcia M. Waldron, Clerk