# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-230-ERIE |
| V. ) | |
| ) | Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM WOLF; ) | Mag. Judge Susan P. Baxter |
| STEVE REILLY; DENESE BRUNNER; ) | |
| MANAGER ROD SHOWERS; CASE ) | |
| MANAGER JUDY JACKSON; ) | |
| DR. JOHN DOE; JANE DOE; ) | |
| JEFFREY BEARD; ASSIST. SUPER. ) | |
| WILLIAM BARR; MARILYN ) | |
| BROOKS, ) | |
| Defendants. ) | |

## ORDER

AND NOW, this _____ day of July, 2006, upon consideration of defendants Motion for Extension of Time, it is hereby ORDERED that said Motion is GRANTED. Defendants' Response to plaintiff's Motion for Partial Summary Judgment (including defendants' counterstatement of material facts not in dispute) and defendants' cross-motion for summary judgment shall be due by August 1, 2006.

_____
SUSAN P. BAXTER
United States Magistrate Judge

1