In The United States District Court
For The Western District of Pennsylvania

Bryan Kerwin               : case # 05-93 ERiE
                           :
    vs.                    : Magistrate Judge Susan Baxter
                           :
Lt. William McConnell      : District Judge Sean McLaughlin

DEFENDANT'S RESPONSE TO
Plaintiff's First Request
For Production of Documents

Plaintiff requests, pursuant to Rule 34 of the Federal Rules of Civil Procedure, that defendant produce for inspection and copying the following documents:

1. The complete file pertaining to defendant's investigation of plaintiff's harassment claims in this case.
(file # SCI-A-052-03)

SEE ATTACHED SHEET FOR RESPONSES.

2. A copy of defendant's, Officer Spurlock's, Officer Sabol's, and Sargeant Rhoade's work schedule on and between the dates of August 5, 2003 and August 26, 2003.

**EXHIBIT "B"**

Please take notice that the above requested documents shall be produced for inspection and copying at S.C.I. Albion. Such documents shall be xeroxed, duplicated or photocopied by defendant or his agents or employees and furnished to plaintiff within 30 days of service hereof.

12/10/05                                          Bryan Kerwin

**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN KERWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-93 E |
| | ) | |
| LT. WILLIAM MCCONNELL, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

1. See attached SCI-A-052-03.

2. See attached assignment log for the time period specified.

Respectfully submitted,

THOMAS W. CORBETT, JR.
Attorney General

Kemal Alexander Mericli
Senior Deputy Attorney General
Attorney I.D. No. 27703

Susan J. Forney
Chief Deputy Attorney General

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219
Phone: (412) 565-5438
Fax:   (412) 565-3019

Date: February 23, 2006

**EXHIBIT "B"**

*Defendant's Response*
*To Plaintiff's Request*
*For Documents*
*No. 2*

**EXHIBIT "B"**

**TUESDAY AUGUST 2005**

| POST | 0600-1400 | POST | 0800-1600/0830-1630 | PASSDAYS: A , B |
|---|---|---|---|---|
| SHIFT COMMANDER | CAPTAIN ORR | INTELLIGENCE CAPTAIN | CAPTAIN WEAVER | LT.'S BALOS, FRANZ |
| ALT SHIFT COMMANDER | CAPTAIN MILLER | MISC. CAPTAIN | CAPTAIN DIPASQUA | SGT.'S T. THOMAS, |
| CONTROL LIEUTENANT | LT. BROCKLEHURST | SECURITY LIEUTENANT | LT. TOMER | ROBERTSON, PALKO, |
| LIEUTENANT 6-2 | LT. OVERMYER | TRAINING LIEUTENANT | | FARVER, SEVERO, |
| RHU LIEUTENANT | LT. MORROW | ZONE LIEUTENANT | LT. STATES | FROMM, |
| CONTROL SERGEANT | SGT. E. JONES | ZONE LIEUTENANT | | CO1'S R. REYNOLDS, |
| CONTROL | HOOVER | ZONE LIEUTENANT | | SHOULDERS, MOORE, |
| TRAINING SERGEANT | SGT. MARENDO | RHU EXERCISE | J. W. McDONALD | GOULD, FAILS, GOLDEN, |
| UNIT A SERGEANT | (POST DELETED) | RHU EXERCISE | SEIGWORTH | CIMPERMAN, AVERILL, |
| UNIT A(A) | RYAN / KENNEDY P2 | RHU EXERCISE | GRIFFIN | PALMER, GALENA, |
| UNIT A(B) | WEAVER | RHU EXERCISE | McNERNEY | VANTASSEL, BUCKLEY, |
| UNIT B SERGEANT | SGT. KUBANEY | RHU EXERCISE | HARMON | WERNICKI, SISSEM, CHAPIN, |
| UNIT B(A) | FIES | ED. LOBBY | LOBDELL | HEIGHES, KIRIN, |
| UNIT B(B) | NAGEOTTE | ED. ROVER | O' BRIEN P3 6-2 | COLLINGWOOD, R. PETERSON |
| UNIT C SERGEANT | SGT. BEDDICK | ACTIVITIES | | COT RICHARDS |
| UNIT C(A) | BROMLEY | MAINTENANCE/CI ROVER | SCHLOSSER | SGT. NcDONALD, |
| UNIT C(B) | SWIFT | COMM./DIETARY ROVER | WALLACE | CO1'S DAVISON, SULLIVAN |
| UNIT D SERGEANT | SGT. KNEPPER | INTAKE | PRATZ | |
| UNIT D(A) | YOST | PROPERTY SERGEANT | SGT. WALTERS 6-2 | |
| UNIT D(B) | VANGUILDER | SALLY PORT SERGEANT | SGT. KSENICH | |
| UNIT E SERGEANT | SGT. HEDGLIN | TRANSPORT | SHAW | |
| UNIT E(A) | PEREZ | TRANSPORT | LASTOWSKI | |
| UNIT E(B) | PIZZARO | HEARING ESCORT | YURCAK | |
| UNIT F SERGEANT | | VISITING ROOM-1 | CLOSED | |
| UNIT F(A) | MALDONADO | VISITING ROOM-2 | CLOSED | |
| UNIT F(B) | KRACHKOWSKI | VISIT SEARCH-HEARINGS | THOMAS | |
| UNIT G | C. FRY | VISIT PROCESS | DEMARTINIS | |
| UNIT G | WEBB | ZONE 1 ROVER | ZILLMAN | |
| RHU SERGEANT | SGT. SCALISE | ZONE 2 ROVER | SHATTO | |
| RHU SAYERS | RHU GAINES | ZONE 3 ROVER | WILKES | |
| RHU T. IRWIN | RHU ARKWRIGHT | | | |
| PERIMETER CAM. MONITOR | DEFORCE | | | 6-2:    8-4: |
| UNIT I SERGEANT | SGT. ZINZ | | | |
| UNIT I | P. PETERSON | WHITNEY / HENDRICKS | SGT. WALMSLEY CL 8 | MORALES MED/HW 8 |
| UNIT I | BYERLY | | SGT. DUDA CP 8 | |
| UNIT J SERGEANT | SGT. BARTON | | SGT. SCHAEF DH 8 | |
| UNIT J | McCUNE | SHAW / LASTOWSKI | KINDLE SO 8 | |
| UNIT J | LINDSEY | | RANDALL CP 8 | |
| UNIT J | MITCHELL | | HUNT CP 8 | |
| YARD SGT: SGT. EDDY | YARD SGT: SGT. GREEN | SGT. RHOADES | SPURLOCK CP 8 | |
| 1. FIKE | 2. T. WHEELER | SABOL / F. MORALES OT 8 | ENDRES M 8 | |
| 3. EDMUNDS | 4. BLISS P4 | | MALEC CP 8 | |
| 5. BETTS | 6. TILLER | | LT. GREER P 8 | |
| 7. OCHALEK | 8. HEWITT | LT. THERIAULT | SGT. WERTZ CP 8 | |
| 9. GREBINER | | | CLEMENT CP 8 | |
| GATE: SHEETS | MED LINE: YARNELL | | HARRIS CP 8 | |
| WALK: FARLEY | WALK/RUN: PORTERFIELD | | RICE C 8 | |
| OSP: J. DELANEY | RISP: GRINNELL | | WEST CN 8 | |
| SEARCH TEAM | WILLIAMSON / WYDRO | | | |
| SEARCH TEAM | GADLEY / NICHOLS | | | |
| MED LOBBY | McDANNEL | | | |
| INFIRMARY | BARTOE / MARCH P3 | | | |
| UTILITY OFFICER | KAUFMANN | | | |
| OUTSIDE HOSPITAL | BAUGHMAN | | | |

INMATES BEGINNING SHIFT _____
INMATES IN _____
INMATES OUT _____
INMATES END OF SHIFT _____

YARD COUNT:
0800    /
0855    /
1300    /
1355    /
1800    /
1900    /
2000    /

SHIFT CMNDR GOING OFF DUTY _____

SHIFT CMNDR COMING ON DUTY _____

REVIEWED BY _____

FIRE / SECURITY / HEALTH / SANITATION
SATISFACTORY?  YES _____ NO _____
CORRECTIVE ACTIONS TAKEN: _____
_____

**EXHIBIT "B"**