**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.87⁰
02 1A
0004335314
JUL 24 2006
MAILED FROM ZIP CODE 16401

RECEIVED
JUL 2 5 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U. S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

Name     Anthony DeFranco
Number   CZ-3518
Unit/Side   D/A
10745, Route 18
Albion, PA 16475-0002