Name: Anthony DeFranco
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

United States District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507



02 1A
0004335314
MAILED FROM ZIP CODE 16401
$01.11⁰
JUL 31 2006
UNITED STATES POSTAGE
PITNEY BOWES

RECEIVED

AUG 01 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA