IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-230-ERIE |
| V. | ) |
| | ) Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM WOLF; | ) Mag. Judge Susan P. Baxter |
| STEVE REILLY; DENESE BRUNNER; | ) |
| MANAGER ROD SHOWERS; CASE | ) |
| MANAGER JUDY JACKSON; | ) |
| DR. JOHN DOE; JANE DOE, JEFFREY | ) |
| BEARD; ASSIST. SUPER. WILLIAM | ) |
| BARR; MARILAND BROOKS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Defendants' Response to Plaintiff's Motion for Partial Summary Judgment, and Defendants' Cross-Motion for Summary Judgment, it is hereby ORDERED that:

1) Plaintiff's Motion for Partial Summary Judgment is DENIED.

2) Defendants' Cross-Motion for Summary Judgment is GRANTED. Judgment shall be entered in favor of defendants and against plaintiff as to all claims.

_____