# Exhibit 5

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO,<br>    Plaintiff, | :<br>: No. C.A. 04-230-E<br>: Magistrate Judge Baxter |
| V. | : District Judge Cohill<br>: |
| WILLIAM WOLFE, et al.,<br>    Defendants. | :<br>: |

DEFENDANT'S RESPONSE TO

**PLAINTIFF'S SECOND INTERROGATORIES TO
DEFENDANT SUPERINTENDENT BROOKS**

    In accordance with Rule 33 of the Federal Rules of Civil Procedure, plaintiff requests that defendant answer the following interrogatories under oath, and that the answers be signed by the person making them and be served on the plaintiff within 30 days.
    If you cannot answer the following interrogatoires in full, after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifing your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions. These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materalizes.

    1. Please state if you were involved in plaintiff's transfer out of SCI Albion on March 8, 2005?

ANSWER: SEE ATTACHED SHEET FOR RESPONSES.

    2. State how you were involved and did you give your permission for this transfer?

ANSWER:

    3. Please name each person who was involved in this transfer; by name and what their actions were.

ANSWER:

    4. Did Mr. Barr initiate this transfer, (if not *who did*) and does he have the authority to transfer a person without your approval or the approval of one of the Deputies at the prison?

ANSWER:

    5. Please name which deputy authorized the transfer if you did not.

ANSWER:

By: Superintendent Brooks

Date:

Mailed by plaintiff
on June 22, 2006

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DEFRANCO, )
)
    Plaintiff, )
)
v. ) C.A. No. 04-230 E
)
WILLIAM WOLFE, ET AL., )

**DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND INTERROGATORIES TO DEFENDANT MARILYN BROOKS, SUPERINTENDENT**

1. Yes.

2. Mr. Barr requested that inmate DeFranco be transferred to avoid any conflict with the grievance system and this defendant gave permission.

3. Mr. Barr made the request and Ms. Habursky initiated the transfer. The request was handled by Mr. Williamson, Bureau of Inmate Services at Central Office, who gave the final approval.

4. Yes, Mr. Barr initiated the transfer and no, he does not have the ultimate authority to transfer any inmate. The superintendent must give approval.

5. As stated above, the transfer was approved by the responding defendant.

          Respectfully submitted,

          THOMAS W. CORBETT, JR.
          Attorney General

          Mary L. Friedline
Office of Attorney General      Senior Deputy Attorney General
6th Floor, Manor Complex      Attorney I.D. No. 47046
564 Forbes Ave.
Pittsburgh, PA 15219
Phone: (412) 565-3520      Susan J. Forney
Fax:   (412) 565-3019      Chief Deputy Attorney General

Date: July 21, 2006

## VERIFICATION

I, Marilyn Brooks, hereby state that the foregoing answers to Plaintiff's Second Set of Interrogatories to Defendant Marilyn Brooks are true and correct to the best of my personal knowledge or information and belief.

This statement and verification is made subject to the penalties of 28 U.S.C. §1746 relating to unsworn declarations under penalty of perjury, which provides that if I make knowingly false averments, I may be subject to criminal penalties.

*Marilyn Brooks*

Date:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

***Defendant's Response to Plaintiff's Second Interrogatories to Defendant Marilyn Brooks*** was served upon the following, by first-class mail this July 21, 2006.

Anthony DeFranco, CZ-3518
State Correctional Institution
At Albion
10745 Route 18
Albion, PA 16475

_____
MARY L. FRIEDLINE
Senior Deputy Attorney General