# *Exhibit 7*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-230-ERIE |
| V. ) | |
| ) | Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM WOLF; ) | Mag. Judge Susan P. Baxter |
| STEVE REILLY; DENESE BRUNNER; ) | |
| MANAGER ROD SHOWERS; CASE ) | |
| MANAGER GECAC JUDY JACKSON; ) | |
| DR. JOHN DOE; JANE DOE; ) | |
| JEFFREY BEARD; ASSIST. SUPER. ) | |
| WILLIAM BARR; MARILAND ) | |
| BROOKS, ) | |
| Defendants. ) | |

## DECLARATION OF MARK BAKER, D.O.

I, Mark Baker, D.O., declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the Medical Director at SCI-Albion, and I have held that position since the inception of the facility, in or about 1993. I am employed by Prison Health Services, Inc.

2. With respect to the care and treatment of individual inmates, my duties as Medical Director include, among other things, participating in direct patient care and overseeing the care provided by physician's assistants.

3. I am familiar with inmate DeFranco and have examined and treated him on numerous occasions. His ongoing or chronic medical problems as reflected in his chart have included mitral valve prolapse. However, an echochardiogram which could have diagnosed this condition was non-diagnostic in 2004. The angina that DeFranco

1

experiences is nontypical angina pectoris, which is correlated with anxiety, not actual cardiac chest pain.

4. DeFranco's complaints of chest pain are noted in his medical chart from SCI-Pittsburgh and were also attributed to anxiety. He had a stress test while at Pittsburgh in 1997 with negative results. He also had an Echocardiogram in May 1996 which showed only trace bicuspid regurgitation – clinically insignificant. He had a repeat EKG at Albion in May 2003 that was clinically insignificant.

5. In June 2003, I prescribed aspirin and under the tongue Nitroglycerin, as needed only, for his atypical chest pain. I also ordered another Echocardiogram (1/27/04) which reflected no definitive evidence of mitral valve prolapse, mitral stenosis or obstructive cardiomyopathy and only trace mitral insufficiency.

6. I understand that inmate DeFranco maintains that his heart condition is aggravated by the anxiety he experiences when double celled. I disagree.

7. The medical department does not actually vote on Z-code classifications (although psychology does). However, if an inmate has a serious medical condition which I believe would be relevant to his classification, I would inform staff involved in the Z-code review. As inmate DeFranco does not have such a condition warranting single cell status, I have never consulted with staff on that issue. In fact, it would be better for DeFranco, with his minor heart condition, to have a cellmate.

I declare under penalty of perjury that the foregoing is true and correct, per 28 U.S.C. § 1746.

Date: August 1, 2006

Mark Baker, D.O.

2

# CONSULTATION RECORD

**Part A:** Completed by referring facility:

Type of Consult: (Circle) **Initial** Follow-up On-Site Off-site Telemedicine

Referred to: Main Medical Inc.

Referred by: Dr. Mark Baker, Medical Director

Appt. Date/Time: 11/03/04

Specialty: U/vasc'l

Drug Sensitivity: PCN

Copies of relevant health information attached: (circle) Yes No

**Reason for Referral/History of Present Illness/Injury:**

- for Dunniker Sunda -

Echocardiogram re: Chest pain - murmur; EKG √ E
(arm pain, neck pain)

h/x - mild mitral valve prolapse on 1st echocardiogram

**Treatment to Date/Current Medications and Significant Medication History:**

Initial prep: Lopressor 50mg daily

Signature of Referring Physician / Date: [signed] Dr. Mark Baker, Medical Director

Reviewed by Medical Director: (Circle) **Approval** Disapproval

Medical Director Signature: _____ Date: _____

Forwarded to UR (Date): _____

UR Decision: (Circle) Approval Disapproval Date: _____

**Part B:** To be completed by consulting Physician and returned with officer to the facility:

11/20/03 - No show on visit - R/S for 12/03 clinic /KC
R/S for 1/04 clinic

Echo prelim: Trace mitral/tricuspid regurg.
mild MVP

Keith [illegible] RDCS RVS
1/27/04

Signature of Medical Director Date/Time | Signature of Consulting Physician Date/Time

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**
(Revised: 6-02)

Inmate Name: DeFranco, Anthony

Inmate Number: CB3518

DOB: 12/23/6[?]

Facility: ALB

KC



**Mobile Operations**
2403 Sidney Street
Suite 220
Pittsburgh, PA 15203
(412) 390-0500 (302)
(412) 390-0400 fax
(412) 481-3760 tollfree

www.main-medical.com

# ECHOCARDIOGRAPHY REPORT

SCI – Albion
Dr. Baker
10745 Route 18
Albion, PA 16475

| | | | |
|---|---|---|---|
| **Patient Name:** Anthony De Franco | | **SS #:** CZ 3518 | |
| **Date of Birth:** 12/23/63 | **Sex:** Male | **Phone Number:** | |
| **Date of Exam:** 1/27/04 | | **Exam Location:** SCI – Albion | |
| **Technologist:** Keith Ricketts | | **Tape #** KR Echo/Vasc 04-1 | |

**Indications:** Chest pain, left arm pain, h/o mitral valve prolapse.

| M-Mode/2-D Measurements | | | |
|---|---|---|---|
| AoR - Diastole | 2.2 (2.0-3.7 cm) | LV - EDD | 4.2 (3.5-5.6 cm) |
| ACS | 1.8 (1.5-2.6 cm) | LV - ESD | 3.0 (2.5-4.1 cm) |
| LA Diameter - Systole | 2.4 (1.9-4.0 cm) | Fractional Shortening | 28 > 31% |
| Interventricular Septum – Diastole | .9 (0.7-1.1 cm) | LV Ejection Fraction | 55-60 (>55%) |
| LV Posterior Wall – Diastole | .9 (0.7-1.1 cm) | MR  trace<br>MS  no | AI  no<br>AS  no |

**Qualitative Analysis:** M-mode and 2-D –

Echocardiographic imaging is of adequate technical quality and demonstrates normal aortic root dimensions. The aortic valve is composed of 3 normal appearing cusps. There is no evidence of aortic stenosis or insufficiency. The left atrial size s normal. The mitral valve is structurally normal. There is no definitive evidence of mitral valve prolapse, mitral stenosis or obstructive cardiomyopathy. The anterior leaflet demonstrates a mild degree of late systolic hammocking that does not meet diagnostic criteria for MVP. Trace mitral insufficiency is evident. Left ventricular size, wall thickness and contractility appear normal. The LVEF is visually estimated to be approximately 55 to 60%. No regional wall motion abnormalities are identified. The atrial septum is intact. Right atrial size is normal. The tricuspid valve is structurally normally. Trace tricuspid insufficiency is present without evidence of pulmonary hypertension. Right ventricular size and contractility appear normal. There is no pericardial effusion. No intracardiac thrombi, masses or vegetation is noted.

**CONTINUED**

Dr. Mark Baker
Medical Director

Diagnostic Stamp
Practitioner
Date
Time
A          N          NCS
Abnormal   Normal     Not
(Requires A           Clinically
DC-472                Significant
Soap Note)



**Mobile Operations**
2403 Sidney Street
Suite 220
Pittsburgh, PA 15203
(412) 390-0500 (302)
(412) 390-0400 fax
(412) 481-3760 tollfree

www.main-medical.com

PAGE #2
DEFRANCO, Anthony – Echocardiography

INTERPRETATIONS:

1. Minimal systolic hammocking of the anterior leaflet of the mitral valve without echocardiographic features that are diagnostic of mitral valve prolapse.
2. Trace mitral insufficiency.
3. Normal left atrial size.
4. Normal left ventricular size and contractility. LVEF approximately 55 to 60%.
5. Trace tricuspid insufficiency without evidence of pulmonary hypertension.
6. No prior study available for comparison.

_____
Charles M. Crispino, MD, FACC

CMC/ld
D: 1/28/04
T: 1/28/04

Diagnostic Stamp
Practitioner _____
Date 1-30-04
Time 1635

A             N           NCS
Abnormal   Normal      Not
(Requires A            Clinically
DC-472                 Significant
Soap Note)

Dr. Mark Baker
Medical Director

2