Name: Anthony Oliveras
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA. 16507

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**



**RECEIVED**

AUG 10 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



02 1A
0004335314
MAILED FROM ZIP CODE 16401
UNITED STATES POSTAGE
$ 01.11⁰
AUG 09 2006
PITNEY BOWES