IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DEFRANCO,<br>   Plaintiff, | )<br>)<br>) |
|   v. | ) Civil Action No. 04-230 Erie<br>) |
| SUPERINTENDENT WOLFE, et al,<br>   Defendants. | )<br>)<br>) |

### **ORDER**

  AND NOW, this 10th Day of August, 2006, it is hereby

  ORDERED that the above captioned case is scheduled for a Motion Hearing (Motions to Compel [Docs. #194 & 199]) before the Honorable Susan Paradise Baxter, on Thursday, August 24, 2006, at 10:00 a.m.  Mary L. Friedline, Esq., Counsel for Defendants,  is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                s/Susan Paradise Baxter
                SUSAN PARADISE BAXTER
                CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)