Name  Anthony DeFranco
Number  CZ-3518
Unit/Side  D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

INMATE MAIL
PA DEPT OF
CORRECTIONS



02 1A
0004335314
MAILED FROM ZIPCODE 16401
UNITED STATES POSTAGE
$ 00.39⁰
PITNEY BOWES
AUG 10 2006

RECEIVED

AUG 11 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



16507+0820-20 B007