Name: Anthony DeFranco
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**



02 1A
0004335314
MAILED FROM ZIP CODE 16401

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39⁰
AUG 10 2006

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

**RECEIVED**

AUG 1 1 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820-20 B007


