IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,
    Plaintiff,

V.

WILLIAM WOLFE, et al.,
    Defendants.

: No. 04-230-E
: Magistrate Judge Baxter
: District Judge Cohill

## MOTION FOR LEAVE TO SUBMIT ADDITIONAL INTERROGATORIES UPON DEFENDANT STEVE REILLY AND DENESE BUNNER

AND NOW, comes plaintiff, respectfully requesting permission, pursuant to Rule 33 of the federal Rules of Civil Procedure, to file additional interrogatories upon defendant Reilly and in support avers:

    1. Plaintiff has been conducting discovery from the beginning of this case. In the course of discovery, he has submitted the 25 interrogatories permitted by Rule upon defendant Reilly and Bunner (psychologists).

    2. Both defendants have given condradictory answers to some of the answers. Plaintiff needs this Court's permission to file additional interrogatories. For example, defendant Reilly has given completely conflicting answers to questions involving plaintiff's alleged meeting with prior psychologist Eichenlaub. Also, plaintiff needed to ask further questions involoving the z-code process; the psychiatric review team (as it would pertain to him) and questions involving his request slip response back in August 2002, where he had written that if plaintiff stayed misconduct fee and gained level II status he would be in a better position to regain the z-code back.

1

3. Plaintiff had asked defendant Bunner numerous questions that went unresponded to in his last set of interrogatories (defendants objected due to the 25 question limit). Plaintiff wanted to know things, such as, the knowledge of the defendant of prior z-code inmates who had the z-codes removed going on to harm other cellmates, themselves, etc. And specifically, the David Bracco incident who was accused of actually raping his cellmate.

4. Plaintiff is asking the Court to permit him to file 15 interrogatories upon these two (2) defendants. Plaintiff is acting pro se and is in need of these interrogatories as it bears directly on his case. Plaintiff asks, in the fair administation of justice, that the Court grant the request made herein. Consistent with Rule 26(b)(2).

WHEREFORE, plaintiff prays this Honorable Court allow him to file an additional 15 interrogatories upon defendants Reilly and Bunner (psychologists).

Date: 8/14/06

Respectfully submitted,

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

**Certificate of Service**
Service was made by U.S. First
Mail to Attorney General at
564 Forbes Ave., Pgh. Pa. 15219, this date