Name: Anthony De Suere
Number: CL-3515
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507



02 1A
0004335314
MAILED FROM ZIPCODE 16401
AUG 15 2006
$ 00.39⁰
PITNEY BOWES
UNITED STATES POSTAGE

16507+0820-20 B007

RECEIVED

AUG 16 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA