Name: Anthony Pease
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507

16507+0820-20 8007

INMATE MAIL
PA DEPT OF
CORRECTIONS



02 1A
0004335314   $ 00.39⁰
AUG 16 2006
MAILED FROM ZIP CODE 16401

RECEIVED

AUG 17 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

