Name: Anthony McKeen
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507

INMATE MAIL
PA DEPT OF
CORRECTIONS



02 1A
0004335314    $ 00.39⁰
MAILED FROM ZIPCODE 16401    AUG 21 2006

RECEIVED
AUG 23 2006
CLERK U.S. DISTRICT COURT
WEST DIST OF PENN[?]

16507+0820-20 B007