IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 04-230-ERIE |
| V. ) | |
| ) | Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM WOLF; ) | Mag. Judge Susan P. Baxter |
| STEVE REILLY; DENESE BRUNNER; ) | |
| MANAGER ROD SHOWERS; CASE ) | |
| MANAGER JUDY JACKSON; ) | |
| DR. JOHN DOE; JANE DOE; ) | |
| JEFFREY BEARD; ASSIST. SUPER. ) | |
| WILLIAM BARR; MARILYN ) | |
| BROOKS, ) | |
| **Defendants.** ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of defendants' Motion for Extension of Time to Respond to Plaintiff's Third Set of Interrogatories Directed to Defendant Jackson, it is hereby ORDERED that said Motion is Granted; Defendant Jackson's Answers to Plaintiff's Third Set of Interrogatories shall be due on September 27, 2006.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
United States Magistrate Judge