# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Anthony DeFranco )
)
)
Plaintiff )
vs. )   No.   CA 04-230 Erie
Superintendent Wolfe, et al )
)
)
Defendants )

HEARING ON   August 24, 2006   Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Anthony DeFranco, pro se                    Mary Friedline, Esq., Attorney Gen. Off.

Appear for Plaintiff                         Appear for Defendant

Hearing Begun   10:05 am              Hearing Adjourned to

Hearing concluded C.A.V.  10:45 am     Stenographer  Janis Ferguson
                                        CD:         Index:

WITNESSES
For Plaintiff                              For Defendant

Discovery deadline set for September 15, 2006

Response to Defendants' partial summary judgment due by September 15, 2006

Defendants' motion for extension of time to respond to third set of interrogatories (Document #218) is granted until September 15, 2006

Plaintiff's motions to compel discovery and for production of documents (Document ## 162, 185, 194, 199, 212 and 217) are granted only insofar as Plaintiff's request for Dr. Pulmuller's written interpretation of his office notes from 4/30/04; all other requests contained in Plaintiff's motions to compel are denied.

Plaintiff's motion for sanctions (Document #200) and Motion for Rule 56(f) continuance (Document #210) are denied.

Plaintiff's motion to submit additional interrogatories (Document #215) is denied.

No more motions to compel will be accepted from Plaintiff in this case.