Name: Anthony DeGrazia
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507

**INMATE MAIL
PA DEPT OF
CORRECTIONS**



RECEIVED

AUG 29 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

02 1A
0004335314
MAILED FROM ZIPCODE 16401
$ 00.39⁰
AUG 28 2006
PITNEY BOWES
UNITED STATES POSTAGE