IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-0230 Erie |
| ) | Magistrate Judge Baxter |
| WILLIAM WOLFE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Presently before the Court is pro se Plaintiff Anthony DeFranco's Appeal of Magistrate Judge's Orders issued after a telephonic motion hearing held on August 24, 2006 (Doc. 219, with Text Order), in which the Magistrate Judge addressed ten discovery motions, nine of which were filed by Plaintiff.

Plaintiff also requests that his summary judgment response be extended until 30 days after September 15, 2006, the deadline for discovery set by the Magistrate Judge at the hearing. We will permit Plaintiff's response date to be extended.

AND NOW, to-wit, this  30th  day of  August , 2006, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Appeal of Magistrate Judge's Order (Doc. 220) be and hereby is GRANTED only to the extent that Plaintiff seeks to extend the date for his response to Defendants' summary judgment. Plaintiff's Response is due no later than October 16, 2006. Plaintiff's Appeal is DENIED in all other respects.

    s/ Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge