```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 06000485 - SP
    August 30, 2006

    Code   Case #   Qty      Amount

    1ST CIVI CA-04-44E                3.20 CH
    2ND CIVI CA-04-44E                0.82 CH
    FIRSTAPP CA-04-230E              14.58 CH
    1ST CIVI CA-05-363E               5.07 CH
    1ST CIVI CA-05-112E               3.04 CH


    TOTAL →                          26.71



    FROM: SCI ALBION FOR JEFFERSON,
          DEFRANCO, AND BARNES
```

CA 04-230
$14.58
appeal part pay
receipt # 06000485