**Name** Anthony DeFranco

**Number** CZ-3518

**Unit/Side** D/A

10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

United States District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

UNITED STATES POSTAGE

02 1A
0004335314
MAILED FROM ZIP CODE 16401
AUG 31 2006
**$ 00.24⁰**
PITNEY BOWES

UNITED STATES POSTAGE

02 1A
0004335314
MAILED FROM ZIP CODE 16401
AUG 29 2006
**$ 00.39⁰**
PITNEY BOWES

**RECEIVED**

SEP - 1 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA