# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 04-230-ERIE |
| V. ) | |
| ) | Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM WOLF; ) | Mag. Judge Susan P. Baxter |
| STEVE REILLY; DENESE BRUNNER; ) | |
| MANAGER ROD SHOWERS; CASE ) | |
| MANAGER JUDY JACKSON; ) | |
| DR. JOHN DOE; JANE DOE, JEFFREY ) | |
| BEARD; ASSIST. SUPER. WILLIAM ) | |
| BARR; MARILAND BROOKS, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Defendants' **Motion for Leave to File Additional Exhibit in Support of Cross-Motion for Summary Judgment**, , it is hereby ORDERED that defendants' Motion is Granted, and Exhibit 14 shall be considered in considered in connection with Defendants' Cross-Motion for Summary Judgment.

BY THE COURT:

_____
Susan Paradise Baxter
United States Magistrate Judge