*Exhibit 14*



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

September 1, 2006

TOM CORBETT
ATTORNEY GENERAL

Western Regional Office
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: 412-565-3520
Fax: 412-565-3028

Anthony DeFranco, CZ-3518
SCI-Albion
10745 Route 18
Albion, PA 16475-0001

RE: **DeFranco v. Wolfe, et al.,**
     **Civil Action No. 04-230E**

Dear Mr. DeFranco:

Enclosed, please find a Declaration by Dr. Polmueller which we obtained pursuant to the Court's Order of August 24, 2006.

Sincerely,

Mary Lynch Friedline
Senior Deputy Attorney General

MLF/lml
Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO,<br><br>            Plaintiff,<br><br>V.<br><br>SUPERINTENDENT WILLIAM WOLF;<br>STEVE REILLY; DENESE BRUNNER;<br>MANAGER ROD SHOWERS; CASE<br>MANAGER GECAC JUDY JACKSON;<br>DR. JOHN DOE; JANE DOE;<br>JEFFREY BEARD; ASSIST. SUPER.<br>WILLIAM BARR; MARILAND<br>BROOKS,<br>            Defendants. | Civil Action No. 04-230-ERIE<br><br>Judge Maurice B. Cohill, Jr.<br>Mag. Judge Susan P. Baxter |

**DECLARATION OF E. POLMUELLER, M.D.**

I, E. Polmueller M.D., declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.  I am the MHM Psychiatric Director for the Pennsylvania Department of Corrections. I have held this position with MHM Correctional Services Inc. for three years, and for several years prior to that under a different contractor.

2.  Pursuant to an Order issued by the Court in this case, the following is a transcription of my 4/30/04 Progress note (in SOAP format) with respect to Inmate DeFranco, CZ 3518:

    S. (subjective)

    > anger and impulsivity and panic symptoms in control with benzodiazepine use once per day with three doses available, no documented substance history, out of hole two years, had tried Sinequan, Paxil, Elavil, Prozac, lithium, double celled

1

    0.  (objective)

        politely antisocial, no anxiety symptoms

    A.  ( assessment)

        panic by history
        clear antisocial personality disorder

    P.  ( plan)

        leave patient on benzodiazepine with current use

    3.    With respect to this progress note, I would offer the following comments:

a)    " double celled " in "S", documents what inmate told me, not any recommendation or endorsement on my part, for single cell status;

b)    anxiety disorders are by their nature inhibitory and avoidant, not dangerous to self or others;

c)    the majority of inmates share the diagnosis of antisocial personality disorder;

d)    being " out of the hole for two years" presents a strong argument for lack of dangerousness;

e)    psychiatric recommendation for single cell status should be based on demonstration or expectation of dangerous behavior derivative of a serious mental illness;

f)    characterizing this inmate's presentation as a serious mental illness would be questionable.

I declare under penalty of perjury that the foregoing is true and correct, per 28 U.S.C. § 1746.

Date: 9-1-06

E. Polmueller, M.D.

| Date/Time | Prob # | Discipline Abbreviation | Remark Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 4/30/04 12:30 | | | (S) anger & impatience & panic Sx in control c̄ BZD use one per day c̄ 3 doses avail, no documented smnt hx, out of hole 2y, had tried Sinequan, Paxil, Elavil, Prozac, Lith — double [illegible]<br><br>(O) politely cooperative, no anx Sx<br><br>(A) panic by hx c/x ASPD<br><br>(P) leave pt on BZD c̄ current use<br><br>E. POLMUELLER, M.D. |
| 5/20/04 1220 | B | Psych | S: Pt related that he is maintaining a stable mental state, devoid of prominent affective symptoms or neurovegetative disturb. His anxiety remains under control. Still seeking Z-code status due to his potential for assault when with even minor provokation.<br>O: MSE as prev entry<br>A: Panic Disorder c̄ agoraphobia ASPD<br>P: Cont regimen as before<br>Angela Lindemuth, D.O. |