IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,                )
                                 )
    Plaintiff,                   )
                                 )
        v.                       )    Civ. No. 04-0230 Erie
                                 )    Magistrate Judge Baxter
WILLIAM WOLFE, et al.,           )
                                 )
    Defendants.                  )

## ORDER

Presently before the Court is pro se Plaintiff Anthony DeFranco's Appeal of Magistrate Judge's Orders (Motion to Compel) issued after a telephonic motion hearing held on August 24, 2006 (Doc. 219, with Text Order). Plaintiff appeals the Magistrate Judge's Orders denying Plaintiff's motion to impose sanctions; motion for verification; request for additional interrogatories; motion to compel subpoenas; motion for Defendant's z-code policy and procedure; and request to inspect his inmate file.

AND NOW, to-wit, this 5th day of September, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Appeal of Magistrate Judge's Order (Motion to Compel) (Doc. 223) be and hereby is DENIED.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge