# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, **Plaintiff,** V. SUPERINTENDENT WILLIAM WOLF; STEVE REILLY; DENESE BRUNNER; MANAGER ROD SHOWERS; CASE MANAGER JUDY JACKSON; DR. JOHN DOE; JANE DOE, JEFFREY BEARD; ASSIST. SUPER. WILLIAM BARR; MARILAND BROOKS, **Defendants.** | Civil Action No. 04-230-ERIE Judge Maurice B. Cohill, Jr. Mag. Judge Susan P. Baxter |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Defendants' **Motion for Leave to File Additional Exhibit in Support of Cross-Motion for Summary Judgment**, , it is hereby ORDERED that defendants' Motion is Granted, and Exhibit 14 shall be considered in considered in connection with Defendants' Cross-Motion for Summary Judgment.

BY THE COURT:

_____
Susan Paradise Baxter
United States Magistrate Judge