Name: Anthony DeFranco
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**



02 1A
0004335314
MAILED FROM ZIP CODE 16401

UNITED STATES POSTAGE
$ 00.39⁰
PITNEY BOWES
SEP 18 2006

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

**RECEIVED**
**SEP 20 2006**
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+08207-20  8007