```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

        # 06000528  - SF
        September 29, 2006


   Code    Case #      Qty      Amount

   2ND CIVI CA-04-44E           3.82 CH
   FIRSTAPP CA-04-230E         14.33 CH
   2ND CIVI CA-02-27E          43.00 CH
   1ST CIVI CA-03-363E          1.65 CH
   2ND CIVI CA-03-363E          4.14 CH
   1ST CIVI CA-05-112E          2.59 CH


   TOTAL→                      66.03



   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, MAQQ, BARNES
```

*Handwritten note:* CA 04-230 E appeal part pay receipt # 06000528