IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO,<br>    Plaintiff, | :<br>: No. 04-230-E<br>: Magistrate Judge Baxter |
| V. | : District Judge Cohill<br>: |
| WILLIAM WOLFE, et al.,<br>    Defendants. | :<br>: |

### PLAINTIFF'S AFFIDAVIT AUTHENTICATING EXHIBITS

AND NOW, comes plaintiff, who brings forth his affidavit to authenticate his exhibits attached for his cross motion for summary judgment:

1. Plaintiff hereby certifies that the attached exhibits to his cross motion are true and correct copies. Plaintiff submits that his Exhibits A-Z are authentic.

WHEREFORE, plaintiff presents his exhibits attached to his cross motion for summary judgment are true and correct. Plaintiff further avers that his Complaints and Amended Complaints are true and Correct.

Signed pursuant to 28 U.S.C. § 1746.

Date: 10/16/06

Respectfully submitted,

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

Certificate of Service
Service was made by U.S. First
Mail to Attorney General at
564 Forbes Ave., Pgh. Pa. 15219, this date

1

Dear Clerk-

10/10/06

Enclosed please find:

1) My motion for Summary Judgment
2) Exhibits in support
3) My cross motion of indisputed facts
4) My affidavit authenticating the exhibits.

Please file this w/ the court.

Thank you for your on-going help.

Sincerely,

[signature]