Name: [signature]
Number: CC-3518
Unit/Side: D/a
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, PA. 16507

RECEIVED
OCT 18 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES POSTAGE
02 1A
000-4335314
MAILED FROM ZIP CODE 16401
$ 00.87⁰
OCT 17 2006
PITNEY BOWES