IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-230-ERIE |
| V. ) | |
| ) | Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM WOLF; ) | Mag. Judge Susan P. Baxter |
| STEVE REILLY; DENESE BRUNNER; ) | |
| MANAGER ROD SHOWERS; CASE ) | |
| MANAGER JUDY JACKSON; ) | |
| DR. JOHN DOE; JANE DOE; ) | |
| JEFFREY BEARD; ASSIST. SUPER. ) | |
| WILLIAM BARR; MARILYN ) | |
| BROOKS, ) | |
| Defendants. ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of defendants' Motion to Clarify Deadline for Response to Plaintiff's Counterstatement of Undisputed Material Facts and Cross Motion for Summary Judgment, it is hereby ORDERED that said Motion is Granted. Defendants' response to plaintiff's Cross Motion (Doc. #229) and Counterstatement of Undisputed Facts (#230) shall be due on or before November 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE