```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

       # 07000038 - SP
        October 27, 2006


   Code   Case #    Qty      Amount

   2ND CIVI CA-04-44E          3.17 CH
   FIRSTAPP CA-04-230E        11.09 CH
   2ND CIVI CA-03-363E         6.35 CH
   1ST CIVI CA-05-112E         3.17 CH


   TOTAL →                    23.78


   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, BARNES
```

CA 04-230 E
(05-1789)
$11.09
appeal part pay
receipt # 07-38