**INMATE MAIL
PA DEPT OF
CORRECTIONS**

Name: Anthony DeFranco
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

$00.63 OCT 31 2006
MAILED FROM ZIP CODE 16401

RECEIVED
NOV - 1 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507