

Name: [signature]
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, PA 16507

16507+0820 B007

INMATE MAIL
PA DEPT OF
CORRECTIONS

UNITED STATES POSTAGE
$ 00.63⁰
MAILED FROM ZIP CODE 16401

RECEIVED
NOV - 3 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA