# EXHIBIT B



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
April 19, 2006

TOM CORBETT
ATTORNEY GENERAL

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219
(412) 565-3520
(412) 565-3019(Fax No.)

Anthony DeFranco, CZ-3518
State Correctional Institution
At Albion
10745 Route 18
Albion, PA 16475

  RE: <u>Anthony DeFranco v William Wolfe, et al.</u>, C.A. No. 04-230 E

Dear Mr. DeFranco:

  We have reviewed the documents that you have tabbed to be copied from your DC-15 and medical/psychiatric records. We will be providing all of those documents except for the following which are being Objected to as privileged and confidential. These are psychological notes which contain professional evaluations and assessments, refer to sensitive criteria, and identify salient facts relative to those assessments and your treatment program. This type of information maintained within these records could be used to manipulate your treatment program and if obtained by other inmates, could be manipulated and used improperly within the institutional setting.

1. Progress Notes dated September 16, 2002 concerning psychology (2 sided document).

2. Progress Notes dated January 30, 2002 concerning psychology

3. Progress Notes dated August 3, 2005 concerning initial psychiatric evaluation (2 sided document).

4. Progress Notes with entry dates of March 11, 2005, April 8, 2005, May 5, 2005 and June 30, 2005 by Franz Bauer, Psychiatrist (2 sided document).

5. Progress Notes with entry dates of November 19, 2004, December 27, 2004, January 31, 2005, and February 28, 2005 by Angela Lindenmuth, Psychiatrist (2 sided document).

6. Progress Notes with entry dates of August 28, 2004, September 3, 2004 and October 8, 2004 by Angela Lindenmuth, Psychiatrist (2 sided document).

7. Memo dated August 20, 2004 from Angela Lindenmuth, Psychiatrist to Z-Code Committee.

8. Progress Notes with entry dates of December 8, 2003, March 1, 2004, April 30, 2004, and May 28, 2004 concerning psychology (2 sided document).

9. Progress Notes with entry dates of October 28, 2002, March 31, 2003, June 30, 2003 and September 22, 2003 from Angela Lindenmuth, Psychiatrist (2 sided document).

10. Mental Health Contact Note dated April 21, 2005.

11. Psychology Department Referral Form referral date of September 22, 2003.

12. Progress Notes with entry dates of August 5, 2005, August 29, 2005 and September 13, 2005 concerning psychology (2 sided document).

13. Progress Notes with entry dates of September 14, 2005, October 17, 2005, and January 12, 2006 concerning psychology (2 sided document).

14. Progress Notes with entry dates of January 12, 2006, February 23, 2006, and March 30, 2006 concerning psychology (2 sided document).

You will be receiving a bill from SCI Albion for copies of the documents which we have agreed to produce (11 pages from your DC-15 file and 14 pages of medical information), which will total approximately fifty four dollars. As soon as that payment is received, those copies will be forwarded to you.

If you should have any questions or concerns, please contact me.

Sincerely yours,

Mary L. Friedline
Senior Deputy Attorney General

MLF/cdc
Enclosures