IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DeFRANCO, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 04-230-ERIE |
| V. | ) | |
| | ) | Judge Maurice B. Cohill, Jr. |
| SUPERINTENDENT WILLIAM WOLF; | ) | Mag. Judge Susan P. Baxter |
| STEVE REILLY; DENESE BRUNNER; | ) | |
| MANAGER ROD SHOWERS; CASE | ) | |
| MANAGER JUDY JACKSON; | ) | |
| DR. JOHN DOE; JANE DOE, JEFFREY | ) | |
| BEARD; ASSIST. SUPER. WILLIAM | ) | |
| BARR; MARILAND BROOKS, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Order to Release His Copied Files (Doc. #239-1) and the Defendants' Response, it is hereby ORDERED that plaintiff's Motion is Denied.

_____