Name: Anthony Roberts
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA 16507
Erie

INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED
NOV 20 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES POSTAGE $01.11°
MAILED FROM ZIP CODE 16401
NOV 17 2006