CA 04-230 E
appeal
part payment
receipt # 07-69

$ 9.07

**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 070000069 -- DM
November 20, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2ND CIVI | 04-44 | Ecv | 5.28 CH |
| FIRSTAPP | 04-230 | Ecv | 9.07 CH |
| 2ND CIVI | 03-363 | Ecv | 5.52 CH |
| 1ST CIVI | 05-112 | Ecv | 2.76 CH |
| 1ST CIVI | 06-174 | Ecv | 1.73 CH |

TOTAL →            24.08

FROM: SCI ALBION FOR: L. JEFFERSON
D. GEFFRARD, RENNIE BARNES 2
JOHN RICHARDSON