Name Anthony DeFranco
Number CZ-3518
Unit/Side D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.63⁰
0004335314 NOV 20 2006
MAILED FROM ZIP CODE 16401

U.S. District Courthouse
Clerks office
P.O. Box 1820
Erie, PA 16507

RECEIVED
NOV 22 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820-20 B007