Route 18
PA 16475-0002

C2-358

D/A

16507+0820-20 8007

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, PA 16507

UNITED STATES POSTAGE
$ 00.39⁰
02 1A
0004335314    DEC 01 2006
MAILED FROM ZIPCODE 16401

**RECEIVED**

DEC - 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA