IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DeFRANCO, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 04-230 Erie |
| | ) | District Judge Cohill |
| WILLIAM WOLFE, et. al., | ) | Magistrate Judge Baxter |
| Defendants. | ) | |

**ORDER**

AND NOW, this 4th day of December, 2006;

IT IS HEREBY ORDERED that Plaintiff's motion for release of his psychological files [Document # 246] and supplemental motion for release of his psychological files [Document # 249] are DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge