**RECEIVED**

DEC - 6 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA. 16507

