Name: Anthony Di Pietro
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

United States District Courthouse
Clerks' office
P.O. Box 1820
Erie, PA. 16507

INMATE MAIL
PA DEPT OF
CORRECTIONS



RECEIVED

DEC 13 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA