**EXHIBIT "DD"**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO,<br>    Petitioner,<br>V.<br><br>WILLIAM WOLFE, et al.,<br>    Defendants. | :<br>:<br>: No. 04-230-E<br>: Magistrate Judge Baxter<br>: District Judge Maurice Cohill, Jr.<br>: |

## DECLARATION OF ANTHONY DeFRANCO

I, Anthony DeFranco, make the following Declaration, under oath, made to the best of my knowledge, information and belief:

1. In April 2006, I was permitted to inspect my medical files, which included my psychiatric files. In those medical files, it was noted by different doctors that I required a z-code. Those records dated back to at least the early 1990's.

2. In those files, it was noted that I had a suicidal past and noted scars. The defendants in this case were well aware of my past and had the information contrary to their assertions.

3. I have been unable to produce those specific file notes because I am indigent and cannot afford the search and retrieval fees and escalated costs. Also, I have been denied to have copies of the psychological files that I have been permitted to review which would support my statements made herein. This was a strategic denial by the defendants in order to prohibit my providing the Court with documentary evidence supporting my claims, authored by their very own doctors. Notes were written starting from SCI Pittsburgh to Albion that I suffered from schizophrenia, explosive, delusional, among others, that stated z-code requirements. It is all apart of my files that I was able to read in April 2006.

Signed pursuant to 28 USC § 1746.

Date: 12/12/06

                                                Anthony DeFranco