Name _Guthrie Robert Ledoro_

Number _CZ-3517_

Unit/Side _D/A_

10745, Route 18

Albion, PA 16475-0002

U.S. District Courthouse

Clerks Office

P.O. Box 1820

Erie, PA 16507

INMATE MAIL
PA DEPT OF
CORRECTIONS

UNITED STATES POSTAGE

$ 00.63⁰

MAILED FROM ZIP CODE 16401

RECEIVED

DEC 20 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA