```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 07000108 - SP
        December 20, 2006


   Code    Case #    Qty     Amount

   2ND CIVI 04-44E            7.55 CH
  (FIRSTAPP 04-230E          10.84 CH)
   2ND CIVI 03-363E            5.80 CH
   1ST CIVI 05-112E            2.90 CH
   1ST CIVI 06-174E            2.02 CH


   TOTAL →                   29.11



  FROM: SCI ALBION FOR JEFFERSON,
        DEFRANCO, BARNES, RICHARDSON
```

CA 04-230 E
appeal part pay
receipt # 07-108