Name: Anthony DeFranco
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

United States District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507





MAILED FROM ZIP CODE 16401
DEC 20 2006
$ 00.39⁰

RECEIVED

DEC 21 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA