IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DeFRANCO, | : |
| Petitioner, | : |
| v. | : No. 04-230-E |
| | : Magistrate Judge Baxter |
| WILLIAM WOLFE, et al., | : District Judge Maurice Cohill, Jr. |
| Defendants. | : |

'06 DEC 20 A10:10
CLERK
DISTRICT COURT

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY

AND NOW, comes plaintiff, pro se, who respectfully submits the following Motion for Leave to File a Supplemental Reply to his Reply Brief for Summary Judgment, pursuant to Fed.R.Civ.P., Rule 15), and in support avers:

1. Plaintiff filed his Reply Brief to the defendants' Response to Summary Judgment but inadvertently omitted important facts that he wants submitted for this Court's consideration during summary judgment.

2. The defendants' will in no way be prejudiced by granting this request.

WHEREFORE, plaintiff asks the Court to accept his supplemental Reply.

Date: 12/12/06

Respectfully submitted,

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

**Certificate of Service**
Service of the foregoing was served by US First
Class Mail, this date, to the Attorney General's
Office, 564 Forbes Ave., Manor Complex, Pgh., Pa. 15219

1