IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DeFRANCO, | ) | |
|        Plaintiff | ) | |
|        v. | ) | C.A. No. 04-230 Erie |
| | ) | District Judge Cohill |
| WILLIAM WOLFE, et. al., | ) | Magistrate Judge Baxter |
|        Defendants. | ) | |

## ORDER

On November 20, 2006, Plaintiff filed a motion for extension of time [Document # 245] requesting additional time to file a reply to Defendants' response to Plaintiff's cross motion for summary judgment. Plaintiff has since filed a reply brief [Document # 254], and has since been granted authority to file a supplement to his reply brief. [Document # 261].

AND NOW, this 4th day of January, 2007;

IT IS HEREBY ORDERED that Plaintiff's motion for extension of time [Document # 245] is dismissed as moot.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                                                   S/Susan Paradise Baxter
                                                                                    SUSAN PARADISE BAXTER
                                                                                     Chief U.S. Magistrate Judge