Name Anthony DeFranco
Number CZ-3518
Unit/Side D/A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

United States District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

RECEIVED

JAN 10 2007

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

02 1A
0004335314
MAILED FROM ZIP CODE 16401
UNITED STATES POSTAGE
$ 00.39⁰
JAN 08 2007

16507+0820-20 B007