IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,                )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )   Civ. No. 04-0230 Erie
                                 )   Magistrate Judge Baxter
WILLIAM WOLFE, et al.,           )
                                 )
    Defendants.                  )

## ORDER

AND NOW, to-wit, this 17ten day of January, 2007, it is hereby

ORDERED, ADJUDGED, and DECREED Plaintiff's <u>Motion for Reconsideration</u> (Doc. 263) be and hereby is DENIED.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Anthony Defranco, pro se
      counsel of record