**Name** Anthony DeFranco
**Number** CZ-3518
**Unit/Side** D/A
10745, Route 18
Albion, PA 16475-0002

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

United States District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Penna. 16507



RECEIVED
JAN 17 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

02 1A
0004335314
MAILED FROM ZIPCODE 16401

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39⁰
JAN 16 2007