

INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED
JAN 2 5 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

Name: Anthony DeFranco
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002