OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON** | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |
| | 21400 UNITED STATES COURTHOUSE | |
| | 601 MARKET STREET | |
| | PHILADELPHIA, PA 19106-1790 | |

<u>Erie</u>　　　　　Clerk of District Court　　　　　Date __01/25/07__
(District)

<u>DeFranco vs. Wolfe</u>　　　　　　　　　　C. of A. No. __05-1789__
(Caption)

<u>Anthony DeFranco</u>
(Appellant)

<u>Civil No. 04-cv-00230E</u>
(D.C. No.)

Enclosures:

_____ Certified copy of C. of A. Order by the Court/XXXXX
　　(Date)

\*\_\_\_X\_\_\_ Record **(Rec'd)** **(Case was closed on 7/20/06; record was not returned)**

\*_____ Supplemental Record

\*_____ Exhibits

\*_____ State Court Record

\_\_\_X\_\_\_ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

　　　　　　　　　　　　　　<u>Carmen M. Hernandez</u>　　(267)-299-<u>4952</u>
　　　　　　　　　　　　　　　　Case Manager　　　　Telephone Number

　　　　　　　　　　　　　\*<u>Keith Lombardo</u>　　(267)-299-<u>4912</u>
　　　　　　　　　　　　　　　Record Processor　　　Telephone Number

　　　　　　　　　　　　　<u>January 25, 2007</u>

Receipt Acknowledged: **RECEIVED**
_____
(Name)
　　　　　**JAN 2 9 2007**
_____
(Date)　　CLERK U.S. DISTRICT COURT
　　　　　WEST. DIST. OF PENNSYLVANIA

Rev. 4/3/03
Appeals (Record)