```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         # 07000170 - DM
         February 5, 2007


   Code    Case #    Qty      Amount

   2ND CIVI 04-39 Ecv           2.00 CH
  (2NDAPPEA 04-230 Ecv         13.58 CH)
   2ND CIVI 02-279 Ecv          4.45 CH
   2ND CIVI 03-363 Ecv          5.07 CH
   1ST CIVI 05-112 Ecv          3.03 CH
   1ST CIVI 06-1?? Ecv          ?.?? CH


   TOTAL=                      31.00
```

appeal part pay
rcpt # 07-170

$13.58

CA 04-230 E