IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,           )
                            )
    Plaintiff,               )
                            )
    v.                       )   Civ. No. 04-0230 Erie
                            )   Magistrate Judge Baxter
WILLIAM WOLFE, et al.,      )
                            )
    Defendants.              )

## ORDER

AND NOW, to-wit, this 5th day of February, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's <u>Appeal of Magistrate's Order Doc. #262</u> (Doc. 265) be and hereby is DENIED.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Anthony Defranco, pro se
      counsel of record