```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000194 - DM
February 26, 2007

Code    Case #      Qty     Amount

2ND CIVI 04-44 Ecv          2.30 CH
2NDAPPEA 04-230 Ecv        20.09 CH
2ND CIVI 03-363 Ecv         6.07 CH
1ST CIVI 05-112 Ecv         3.04 CH
1ST CIVI 06-174 Ecv         2.88 CH

TOTAL →                    34.38


FROM: SCI ALBION FOR: JEFFERSON,
      DEFRANCO, BARNES (2),
      RICHARDSON
```

part pay appeal filing fee

rcpt # 07-194

$20.09

CA 04-230 E