Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

Honorable Susan Paradise Baxter
U.S. District Courthouse
17 S. Park Row, Rm. A280
Erie, Pa. 16501                                              November 20, 2006

Re: DeFranco v. Wolfe, et al., No. 04-230-E--LETTER BRIEF
**MOTION FOR PRODUCTION OF DOCUMENTS AND EXTENDED TIME**

Dear Judge Baxter:

I am writing in regards to the defendants' Response Brief that was due on November 15, 2006. This date I telephoned the Clerk's Office and spoke with Deputy Clerk "Debbie" and she informed me that the defendants had submitted a Response Brief on November 15, 2006 (Doc.# 243 & 244). However, they did not serve a copy upon me. I alerted the clerk (Debbie) to this fact this date.

Would you please issue an Order directing the Clerk to provide me a copy of these Documents and note for the record that I have not been served and the time for filing a Reply Brief extended. While I currently have a Motion for Extension of Time pending (Doc. 245), I will obviously need more time due to this matter. Today is November 20, 2006, and your Order and the time extension is asked to reflect this incident. I appreciate your time and fairness in this matter. Please issue an Order giving me 30 days to file my Reply brief after the Clerk sends me a copy of these documents.

Very truly yours,

Anthony DeFranco

CC: Clerk's Office
    Attorney General's Office

U.S. DISTRICT COURT
CLERK

'06 NOV 22 AM 11:42

FILED



Anthony DeFranco
Name CZ-3518
Number D/A
Unit/Side
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

UNITED STATES POSTAGE $ 00.39⁰ NOV 21 2006
MAILED FROM ZIP CODE 16475

RECEIVED
NOV 2 2 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507