Name: Anthony Rogers
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Court
Clerks Office
P.O. Box 1820
Erie, PA 16507

INMATE MAIL
PA DEPT OF CORRECTIONS



RECEIVED
MAR - 9 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED
MAR - 8 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA