UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000252 — DM
March 22, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 2ND CIVI 04-44 E | | | 3.02 CH |
| 2NDAPPEA 04-230 E | | | 10.58 CH |
| 2ND CIVI 03-363 E | | | 6.07 CH |
| 1ST CIVI 05-112 E | | | 3.04 CH |
| 1ST CIVI 06-174 E | | | 3.02 CH |

TOTAL → 25.73

FROM: SCI ALBION FOR: JEFFERSON, DEFRANCO, BARNES (2) AND RICHARDSON

appeal part pay
rcpt # 07-252

$10.58

CA 04-230

Defranco