```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 07000287  -  JD
         April 17, 2007


    Code    Case #    Qty       Amount

    2NDAPPEA CA-04-230E          57.86 CH
    1ST CIVI CA-04-230e          56.72 CH
    2ND CIVI CA-04-230E          60.00 CH


    TOTAL→                      174.58


    FROM: DARREN DEFRANCO FOR
          ANTHONY DEFRANCO
```

part pay

$116.72

receipt # 07-287