```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

    # 07000287 - JD
       April 17, 2007


    Code    Case #    Qty      Amount

    2NDAPPEA CA-04-230E        57.86 CH
    1ST CIVI CA-04-230e        56.72 CH
    2ND CIVI CA-04-230E        60.00 CH


    TOTAL→              174.58


    FROM: DARREN DEFRANCO FOR
          ANTHONY DEFRANCO
```

appeal part pay
$57.86

receipt #07-287