[Envelope image]

INMATE MAIL
PA DEPT OF
CORRECTIONS

Name: Anthony Robinson
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

U.S. District Courthouse
Clerk's Office
P.O. Box 1820
Erie, PA. 16507

RECEIVED
JUN 20 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

$00.41
MAILED FROM ZIP CODE 16475