# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Anthony DeFranco )
)
)
)
Plaintiff )
vs. No. CA 04-230 Erie
Superintendent Wolfe, et al )
)
)
Defendants )

HEARING ON June 20, 2007   Status Conference

Before Chief U. S. Magistrate Judge Susan Paradise Baxter

Anthony DeFranco, pro se | Mary Friedline, Esq. ~~Christian D. Bereford, Esq.~~, Atty Gen Off

Appear for Plaintiff | Appear for Defendant

Hearing Begun 2:15 p.m. | Hearing Adjourned to

Hearing concluded C.A.V. 2:20 pm | Stenographer Denise Grill
| CD:   Index:

**WITNESSES**

For Plaintiff | For Defendant

Parties indicated that no further briefing of remaining claims is necessary and case is ready for this Court to ~~motion~~ consider Defendants' motion for summary judgment regarding the merits of Plaintiff's Z-code claim