Name: Anthony LaGreca
Number: CZ 3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. District Courthouse
Clerks Office
P.O. Box 1820
Erie, Pa. 16507

UNITED STATES POSTAGE
$ 00.58°
MAILED FROM ZIPCODE 15401

RECEIVED
JUL - 3 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA