IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,           )
                            )
    Plaintiff,              )
                            )
    v.                      )    Civ. No. 04-0230 Erie
                            )        Magistrate Judge Baxter
WILLIAM WOLFE, et al.,      )
                            )
    Defendants.             )

## ORDER

AND NOW, to-wit, this 5th day of July, 2007, upon consideration of Plaintff's Motion to Alter or Amend Order of June 22, 2007 (Doc. 284), it is hereby ORDERED, ADJUDGED, and DECREED that said motion be and hereby is DENIED.

                                                      Maurice B. Cohill, Jr.
                                                      Senior United States District Judge

cc:    Anthony Defranco, pro se
        counsel of record