IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DEFRANCO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WILLIAM WOLFE, et al. )<br>)<br>Defendants. ) | Civil Action No.  04-230E<br><br>Judge Maurice B. Cohill, Jr.<br>Magistrate Judge Susan Paradise Baxter |

## **MOTION TO WITHDRAW APPEARANCE**

I, Christian D. Bareford, respectfully request leave to withdraw my appearance as counsel for the defendants, Superintendent William Wolfe, Steve Reilly, Denise Bunner (incorrectly identified as Denese Brunner), Manager Rod Showers, Case Mgr. – GECAC Judy Jackson, Jeffrey Beard, Assist. Super. William Barr, and Marilyn Brooks (incorrectly identified as "Mariland").  I am leaving the Office of Attorney General to take a position in private practice.

Mary Lynch Friedline, Senior Deputy Attorney General, is counsel of record and will continue to represent the defendants on behalf of this office.

WHEREFORE, Deputy Attorney General Bareford respectfully requests that is Motion to Withdraw be granted.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:   /s/  CHRISTIAN D. BAREFORD
Christian D. Bareford
Deputy Attorney General
Attorney I.D. No. 83982

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue                         Susan J. Forney
6th Floor, Manor Complex                  Chief Deputy Attorney General
Pittsburgh, PA  15219                     Chief, Litigation Section

Date:  July 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, I electronically filed the foregoing Motion to Withdraw Appearance with the Clerk of Court using the CM/ECF system.

This document will be mailed via U.S. mail to the following non CM/ECF participants:

Anthony DeFranco, CZ-3518
SCI-Albion
10745 Route 18
Albion, PA 16475-0001

                                                s/ Cristian D. Bareford
                                                CHRISTIAN D. BAREFORD
                                                Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219