IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DEFRANCO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM WOLFE, et al. )<br>)<br>Defendants. ) | Civil Action No. 04-230E<br><br>Judge Maurice B. Cohill, Jr.<br>Magistrate Judge Susan Paradise Baxter |

## **ORDER OF COURT**

**AND NOW,** to-wit, this _____ day of _____, 2007, upon consideration of the foregoing motion, it is hereby **ORDERED** that the withdrawal of appearance of Christian D. Bareford, Deputy Attorney General, in the above-captioned case is **GRANTED.**

By the Court:

_____ J.