IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY DEFRANCO, ) | |
| ) | Civil Action No. 04-230E |
| Plaintiff, ) | |
| ) | Judge Maurice B. Cohill, Jr. |
| v. ) | Magistrate Judge Susan Paradise Baxter |
| ) | |
| WILLIAM WOLFE, et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER OF COURT**

**AND NOW,** to-wit, this _____ day of _____, 2007, upon consideration of the foregoing motion, it is hereby **ORDERED** that the withdrawal of appearance of Christian D. Bareford, Deputy Attorney General, in the above-captioned case is **GRANTED.**

By the Court:

_____ J.