IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DEFRANCO, | ) | |
|     Plaintiff, | ) | |
|         v. | ) | C.A. No. 04-230 Erie |
| | ) | District Judge Cohill |
| WILLIAM WOLFE, et al, | ) | Chief Magistrate Judge Baxter |
|     Defendants. | ) | |

**O R D E R**

AND NOW, this 8th day of November, 2007;

IT IS HEREBY ORDERED that this case be referred back to District Judge Maurice B. Cohill, Jr., for further proceedings.


S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE