Name: Anthony D. Spence
Number: CC-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

RECEIVED
DEC 11 2007
CLERK U.S. DIST.
WEST. DIST. OF PENN.

INMATE MAIL
PA DEPT OF
CORRECTIONS



United States Postage
$ 00.41⁰
DEC 10 2007
MAILED FROM ZIPCODE 16401

United States District Court
Clerks Office
P.O. Box 1820
Erie, Pa. 16507