$ 00.75⁰
MAR 11 2008
PITNEY BOWES
UNITED STATES POSTAGE
02 1L
0004622733
MAILED FROM ZIP CODE 16443

INMATE MAIL
PA DEPT OF
CORRECTIONS

United States District Court
Clerk's Office
P.O. Box 1820
Erie, Pa. 16507

Name _Anthony R. Graves_

Number __CZ-3518__

Unit/Side __D/A__
10745, Route 18
Albion, PA 16475-0002

RECEIVED

MAR 12 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA