IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,                )
                                 )
    Plaintiff,                   )
                                 )
        v.                       )    Civ. No. 04-0230 Erie
                                 )
WILLIAM WOLFE, et al.,           )
                                 )
    Defendants.                  )

## ORDER

AND NOW, to-wit, this 13th day of March, 2008, it is hereby ORDERED, ADJUDGED, and DECREED Plaintiff's Motion for Reconsideration (Doc. 293) be and hereby is DENIED.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Anthony Defranco, pro se
       counsel of record