IN THE UNTIED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY DeFRANCO,  ;
    Plaintiff   ; No. 04-230-E
           ;
    V.   ; Notice of Appeal
WILLIAM WOLFE, et al.   ;
    Defendants   ;

Notice is hereby given that Plaintiff, Anthony DeFranco, pro se, appeals to the Third Circuit Court of Appeals the final Order entered by District Judge Cohill, on March 13, 2008, denying Reconsideration and entering summary judgment in favor of the Defendants'.

Date: 3/24/08

Respectfully submitted,

*[signature]*

Anthony DeFranco CZ-3518
10745 Route 18
Albion, Pa. 16475-0002

C: Defendants' counsel

**FILED**

MAR 2 8 2008

CLERK US DISTRICT COURT
WST. DIST. OF PENNSYLVA

Name: Anthony D. Greene
Number: CZ-3518
Unit/Side: D/A
10745, Route 18
Albion, PA 16475-0002

RECEIVED
MAR 28 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF
CORRECTIONS

United States District Courthouse
Clerks Office
P.O. Box 1820
Erie, PA. 16507



UNITED STATES POSTAGE
$00.41
MAR 27 2008
MAILED FROM ZIP CODE 16442