```
          UNITED STATES
          DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

        # 08000248 -- SF
          April 23, 2008


   Code     Case #      Qty       Amount

  FILSTAFF 04-230E                41.59 CR


   TOTAL →                        41.59



  FROM: ICI ACTION FOR ANTHONY
        DEFRANCO
```