UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000324 - DM

June 11, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| CRSTAFF | 04-230 E | | 15.89 CR |
| CRSTAFF | 03-359 E | | 5.04 CR |
| CST CIVI | 05-112 E | | 5.07 CR |

TOTAL→                    26.20

FROM: SCT HE BION FORM
ANTHONY DEFRANCO,
BENNIE BARNES (APPEAL)
BENNIE BARNES