

```
          UNITED STATES
          DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 08000339 - DM
           July 10, 2008


  Code    Case #     Qty     Amount

  FIRSTAPP 04-230 E          10.08 CH
  FIRSTAPP 03-389 E           3.04 CN
  1ST CIVI 05-112 E           6.07 CH


  TOTAL→                     19.19



  FROM: SCI ALBION FOR
        ANTHONY DEFRANCO
        BENNIE BARNES
        BENNIE BARNES
```