```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 08000415 - SP
        September 12, 2008


   Code    Case #    Qty      Amount

   FIXSTAPP 04-230E            13.63 CR
   FIXSTAPP 03-387E             1.17 CR
   1ST CIVI 05-112E             5.35 CR
   FIXSTAPP 07-152E             4.31 CR


   TOTAL →                    20.46


   FROM: SCI ALBION - UV LEFRANCO,
         BARNES, ARMSTRONG
```